UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. CIAMPI, Plaintiff, | |
| v. | |
| ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly, Defendants | C.A. NO. ____________ |

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND:

The Defendants, ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly, PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly, respectfully petition for removal of the above-entitled action to the United States District Court for the District of Rhode Island, Civil Section, from the Superior Court of the State of Rhode Island for Washington County. For their Notice of Removal, the Defendants state as follows:

1. The Defendants have been named by the Plaintiff, David M. Ciampi, in a civil action filed in the Superior Court of the State of Rhode Island for Washington County, entitled David M. Ciampi v. Etsuko Motoki Zuczek, et al., Civil Action No. 06-0435. On June 8, 2007, the Town of Westerly Town Clerk received a copy of a Summons for each of the named defendants and a copy

of the Plaintiff's Amended Complaint. A copy of the Amended Complaint is attached hereto as Exhibit A.

2. This is a suit of a wholly civil nature brought in a Rhode Island state court. The action is pending in the Superior Court of the State of Rhode Island for Washington County, and, accordingly, under 28 U.S.C. §§ 401 & 1441(a), the United States District Court for the District of Rhode Island is the proper forum for removal.

3. In this action, the Plaintiff alleges that water drainage systems and a water line were installed across his property, constituting a Taking in violation of the Fifth Amendment, a violation of Procedural Due Process under the Fifth and Fourteenth Amendment, and a violation of Substantive Due Process rights. See, e.g., Pltf. Compl. ¶¶ 28, 31. Because the Plaintiff seeks relief under federal law, the District Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.

4. The Defendants are filing this Notice within 30 days of receipt of a copy of the Summons and Amended Complaint upon the Town of Westerly, Town Clerk, within 30 days of the date on which this case became removable, and within the time period for filing this petition. See, 28 U.S.C. § 1446.

5. The Defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island for Washington County. In addition, the Defendants will submit to this Court certified or attested copies of all pleadings and other documents filed with the Superior Court in connection with this action.

WHEREFORE, the Defendants, ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly, PAUL CORINA, in his capacity as Superintendent of Water of

the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly, pray that the above action be removed from the Superior Court of the State of Rhode Island, Washington County, to this Court.

Respectfully submitted,

The Defendants,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, RI Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903
(866) 896-4901

Dated: 7/3/07

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, by mail/~~hand~~.

7/3/07
Date