STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2006-0435 DAVID M CIAMPI V WESTERLY

Filing Date: 07-20-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: REAL PROPERTY
Status Date: 07-05-2007

Plaintiff: DAVID CIAMPI
ID: @10852090

Attorney: MICHAEL LYNCH

Defendant: TOWN OF WESTERLY
ID: WESTERLY

Attorney: JOHN CLOHERTY

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-20-2006 | COMPLAINT FILED | |
| 07-20-2006 | INITIAL FILING FEE | |
| 07-20-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCW32268. |
| 07-25-2006 | SUMMONS,PROOF OF SERVICE FILED | UPON TOWN OF WESTERLY———SERVED ON 7/21/06<br>Affiliated: CIAMPI, DAVID M |
| 08-11-2006 | APPLICATION ENT DEFAULT FILE | |
| 08-11-2006 | DEFAULT ENTERED | AGAINST DEFT |
| 08-11-2006 | AFDT FAIL PLD/SUPT ENT DEF FL | |
| 05-07-2007 | AMENDED COMPLAINT FILED | Affiliated: CIAMPI, DAVID M |
| 06-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON SUPER OF WATER TOWN OF WESTERLY—SERVED ON 6/8/07<br>Affiliated: CIAMPI, DAVID M |
| 06-15-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON PUBLIC WORKS———SERVED ON 6/8/07<br>Affiliated: CIAMPI, DAVID M |
| 06-15-2007 | SUMMONS,PROOF OF SERVICE FILED | TOWN OF WESTERLY———SERVED ON 6/8/07<br>Affiliated: CIAMPI, DAVID M |
| 07-05-2007 | CASE REMVD TO US DISTRICT CT | |
| 07-05-2007 | OTH DOC FILED DURING DISCOV | |
| 07-05-2007 | NOTICE | REMOVAL TO UNITED STATES DISTRICT COURT—07-256S<br>Affiliated: TOWN OF WESTERLY |
| 07-05-2007 | ENTRY OF APPEARANCE | LIMITED APPEARANCE<br>Affiliated: CLOHERTY, JOHN J |

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island