UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. CIAMPI | : | |
| v. | : | C.A. No. 07-256-S |
| ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PAUL CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly | : | |

**JOINT MOTION TO EXTEND DISCOVERY TIME PERIOD**

Now comes the Plaintiff, David M. Ciampi, and the Defendants, Etsuko Motoki Zuczek, in her capacity as Finance Director of the Town of Westerly, Paul Corina, in his capacity as Superintendent of Water of the Town of Westerly, and Paul Chiaradio, in his capacity as Superintendent of Public Works of the Town of Westerly, and jointly move this Court to extend the deadlines scheduled in the Pretrial Order. In support of this joint motion, the parties state that the parties are involved in court-ordered mediation. Originally scheduled for early October but which was rescheduled to November 27, 2007. Both parties have held off engaging in discovery in anticipation of that settlement conference in the belief that it would be fruitful in resolving this matter. Due to the nature of the case, additional time is needed to assess further settlement and a return to a court settlement conference. The parties would need to engage in substantive discovery but would request that the discovery time period be extended to allow for settlement discussions. Accordingly, the parties jointly seek a three (3) month extension of the discovery

deadline, from February 9, 2008, until May 29, 2008. The parties would also seek a commensurate extension of the remaining deadlines as follows:

1. Disclosure of Expert Witnesses (currently December 31, 2007 for Plaintiff and January 29, 2008 for Defendants) extended to March 31, 2008, and April 29, 2008 respectively.

2. Filing dispositive motions (currently March 14, 2008) extended to June 14, 2008.

3. Pretrial Memoranda (currently March 31, 2008) extended until June 30, 2008 or thirty (30) days after a decision on any dispositive motion.

4. Trial Calendar – This case would be placed on the calendar the month following filing of pretrial memoranda.

WHEREFORE, both Plaintiff and the Defendants request that the aforementioned deadlines be extended to accommodate settlement discussions and the necessary discovery that both parties will need to undertake in this matter if it cannot be settled.

For the Plaintiff

/s/ Elizabeth McDonough Noonan
Elizabeth McDonough Noonan, Esq. (#4226)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: December 6, 2007

For the Defendants

/s/ John J. Cloherty III
John J. Cloherty III, Esq. (#5068)
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110
Tel: (617) 350-0950
Dated: December 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

John J. Cloherty III, Esq.
Pierce, David & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

/s/ Elizabeth McDonough Noonan

*436414_1.doc*