UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. CIAMPI<br><br>v.<br><br>ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PAUL CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly | C.A. No. 07-256-S |

**ENTRY OF APPEARANCE**

I, Adam M. Ramos, hereby enter my appearance on behalf of the Plaintiff David M. Ciampi with regard to the above-captioned case.

Respectfully submitted,
PLAINTIFF, DAVID CIAMPI

By his attorney,

/s/ Adam M. Ramos

Elizabeth McDonough Noonan, #4226
bnoonan@apslaw.com
Adam M. Ramos, #7591
aramos@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200 (phone)
(401) 351-4607 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2008, I did send a true copy of the within document by electronic means (ECF) or email to the following:

John J. Cloherty III, Esq.
Ten Winthrop Square
Boston, MA 02110

/s/ Adam M. Ramos

*449830_1*