UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. CIAMPI,<br>Plaintiff,<br><br>v.<br><br>ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly,<br>Defendants | C.A. NO. 07-256 S |

**NOTICE OF CHANGE OF ADDRESS**

Effective **April 7, 2008** the Law Office of Pierce, Davis & Perritano, LLP, will be relocating. The new address is as follows:

**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114-2018
(P) (617) 350-0950
(F) (617) 350-7760

The telephone and facsimile numbers of the firm remain unchanged.

Respectfully submitted,

The Defendants,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III

John J. Cloherty III, RI Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903
(866) 896-4901

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 31, 2008.

/s/ John J. Cloherty III

____________________________

John J. Cloherty III