UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. CIAMPI | : | |
| v. | : | C.A. No. 07-256-S |
| ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PAUL CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly | : | |

**JOINT MOTION TO EXTEND DISCOVERY TIME PERIOD**

Now comes the Plaintiff, David M. Ciampi, and the Defendants, Etsuko Motoki Zuczek, in her capacity as Finance Director of the Town of Westerly, Paul Corina, in his capacity as Superintendent of Water of the Town of Westerly, and Paul Chiaradio, in his capacity as Superintendent of Public Works of the Town of Westerly, and jointly move this Court to extend the deadlines for expert disclosure scheduled in the Pretrial Order. The parties jointly seek a seven day extension of the deadline for expert disclosure. Accordingly, the deadline for Plaintiff's expert disclosure (currently April 7, 2008) would be extended until April 14, 2008, and the deadline for Defendant's expert disclosure (currently May 6, 2008) would be extended to May 13, 2008.

WHEREFORE, both Plaintiff and the Defendants request that the aforementioned deadlines be extended.

For the Plaintiff

/s/ Adam M. Ramos
Elizabeth McDonough Noonan, Esq. (#4226)
Adam M. Ramos, Esq. (#7591)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: April 7, 2008

For the Defendants

/s/ John J. Cloherty III
John J. Cloherty III, Esq. (#5068)
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110
Tel: (617) 350-0950
Dated: April 7, 2008

*450509_1*