UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID M. CIAMPI,
Plaintiff,

v.

ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly,
Defendants

C.A. NO. 07-256 S

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE BY 60 DAYS**

Parties jointly move this Court to extend the fact discovery deadline by sixty (60) days, from May 29, 2008, to July 28, 2008 (thereby making dispositive motions due on or before August 11, 2008) for the following reasons:

1. Defense counsel is presently scheduled to commence a three week trial before Judge Lloyd MacDonald in the Suffolk Superior Court of Massachusetts beginning on the date certain of June 3, 2008, in the matter of *Southeastern Regional Technical Vocation School District v. KPMG LLP, et al.*, C.A. No. 03-03588.

2. The plaintiff has noticed depositions of several present and former employees, but the litigation schedules of counsel and prior obligations of the witnesses, including one out-of-state resident, require rescheduling of these depositions.

3. The parties are cooperating to complete discovery and remain hopeful that the remaining discovery will be completed by July 28, 2008.

4. No party will be prejudiced if the Court allows this Motion.

**WHEREFORE**, the Parties jointly request that this Motion be allowed and that discovery be extended to July 28, 2008 (thereby making dispositive motions due on or before August 14,

2008).

Respectfully submitted,

The Plaintiff,
By his attorney,

/s/ Elizabeth Noonan /jjc/

______________________________

Elizabeth McDonough Noonan; R.I. Bar #4226
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200

The Defendants,
By their attorneys,

/s/ John J. Cloherty III

______________________________

John J. Cloherty III, R.I. Bar #5068
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

5/22/08 /s/ John J. Cloherty III

________ ______________________

Date