UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. CIAMPI,<br>Plaintiff<br><br>v.<br><br>ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly,<br>Defendants | C.A. NO. 07-256 S |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants, in the above captioned case, and hereby move this Honorable Court pursuant to Fed. R. Civ. P. 56 to enter Summary Judgment in their favor and against the Plaintiff on all counts of the Complaint against them. As grounds for this Motion, the Defendants state that:

A. The Town Acquired a Prescriptive Easement for the Drainage Ditch

B. The Prescriptive Easement Precludes Liability

C. The Town did not Own, Install, nor Maintain the Subterranean Water Line

D. The Plaintiff Cannot Recover for a Taking of Property before Plaintiff was Owner

E. No Procedural Due Process Violation Because of Adequate Post-Deprivation Remedies

F. No "Conscious-Shocking" Conduct As Required for Substantive Due Process Claim

As further grounds for the Motion, the Defendants submit the accompanying Memorandum of Law, and Concise Statement of Material Facts as to which there is No Genuine Issue to be Tried, together with Exhibits, incorporated by reference herein.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant their Motion for Summary Judgment as to all counts of Plaintiff's Complaint against them, together with costs and attorneys fees and such other relief this Court deems just and proper.

Respectfully submitted,

The Defendants,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III
John J. Cloherty III, RI Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903
(866) 896-4901

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, by electronic filing.

08/11/08 /s/ John J. Cloherty III