# EXHIBIT "C"

DEFENDANT'S EXHIBIT
5
8/20/96




DM/W 115

NOTE

TOTAL P.03




10/04/2007 THU 16:38 FAX
003/005


ATLANTIC AVE.
H2O METER
12 EP
11 EP
10 EP
13 POLE
28 PCR
2 STKE
27 PCR
69.57
(EX) I.P.
SHORE GARDENS
14 CLRD
104 PCR
103 RP
PRELIMINARY NOT FINAL
SCALE: 1" = 20'
Arc Length = 62.83'
15 CLDR
4 STK4
18
19
20 CRGR
EXIP
TH 1:9:4x3

DM/W 117