# EXHIBIT "D"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * * *

DAVID M. CIAMPI C.A. NO. 07-256S

vs.

ETSUKO MOTOKIZUCZEK, in his capacity as Finance Director of the Town of Westerly, et al.

* * * * * * * * * * * * * * * * * *

DEPOSITION OF TERRENCE BERNARD McGRATH, a Witness in the above-entitled cause, taken on behalf of the Defendants, before Cindy Ann Pannone, Notary Public in and for the State of Rhode Island at the Westerly Town Hall, 45 Broad Street, Westerly, Rhode Island, on May 13, 2008 at 10:00 A.M.

PRESENT:

FOR THE PLAINTIFF.....ADLER, POLLOCK & SHEEHAN, P.C.
BY: ELIZABETH McDONOUGH NOONAN, ESQUIRE
FOR THE DEFENDANTS.....PIERCE, DAVIS & PERRITANO, LLP
BY: ADAM J. COMBIES, ESQUIRE

Also Present:
Susan McGrath

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

home?

A. There's a salt pond in back of us, probably an equal distance.

Q. Do you know the name of that salt pond?

A. I think it's Winnapaug.

Q. Can you just estimate for me the size of that pond, the salt pond, if you could give me a distance in length, perhaps?

MS. NOONAN: Objection.

A. I don't know, it might be a mile and a half long and a quarter of a mile wide.

Q. Do you have, or will you have from your residence ocean views?

A. Peeks, yeah.

Q. And how about pond views?

A. Yes.

Q. Can you tell me how sort of your lot, is that above sea level, would you say?

A. Yeah.

Q. And approximately how much above sea level?

A. I have no idea.

Q. Would you describe it as being on a hill?

MS. NOONAN: Objection.

A. I would not.

Q. Now, given the geography, have you ever had any