# EXHIBIT "F"

012801 03 DEC 19 AM 11:31 BK 1238 PG 346

## TRUSTEE'S DEED

KNOW ALL MEN BY THESE PRESENTS, That I, ANTHONY J. TURCO, of Danvers, Massachusetts, as TRUSTEE of the CAROLINE G. TURCO FAMILY TRUST, created under a Declaration of Trust dated December 19, 2002, for consideration paid, grant to DAVID M. CIAMPI, of the Town of Westerly, County of Washington and State of Rhode Island (Mailing Address: 24 Kimball Ave., Westerly, RI, 02891), the following described premises:

That certain tract or parcel of land located on Atlantic Avenue at Misquamicut Beach, so-called, in the Town of Westerly, County of Washington and State of Rhode Island, bounded and described as follows:

A certain lot or parcel of land located and situated on the northerly side of Atlantic Avenue at Misquamicut Beach, so-called, and more specifically designed and described as lot number nine (9) as shown and delineated on a certain plan or plat entitled "Carl Brucker, Scale one inch equals 60 feet, February, 1933, Rossi and Lewis, Engineers", said plat being on file with the Land Evidence Records of the said Town of Westerly. Said lot being seventy (70) feet by one hundred fifty (150) feet. Together with the Right of Way mentioned in the deed to Antonio Turco and Carmela Turco from Carl V. Brucker, dated February 11th, 1936, Recorded in Book 56, Page 351 of the Land Evidence Records of said Town of Westerly, and subject to the conditions and restrictions mentioned in said deed.

Subject to restriction of record dated August 3, 2002 and recorded in Book 1024 at Page 42 of the Land Evidence Records of the Town of Westerly, Rhode Island.

That the within grantor hereby covenants that this transfer is such that no RIGL §44-30-71.3 withholding is required as the Grantor Trust is a Resident Trust as evidenced by Affidavit.

That the within grantor hereby covenants that this transfer is exempt from the provisions of RIGL §23-28.35-1 et seq. regarding smoke and carbon monoxide detectors in that the property does not contain residential dwellings.

IN WITNESS WHEREOF, I have hereunto set my hand and seal as TRUSTEE, this 17th day of December, A.D. 2003.

FAX 360.00 DATE 12-18-03 RECORD

REAL ESTATE TAX

DEFENDANT'S EXHIBIT F 3/6/08

CAROLINE G. TURCO FAMILY TRUST

By: [signature] Trustee
ANTHONY J. TURCO, TRUSTEE

DM/W 143

BK 1238 PG 347

STATE OF RHODE ISLAND

COUNTY OF WASHINGTON

In Westerly, on the 17th day of DECEMBER A.D. 2003, before me personally appeared ANTHONY J. TURCO, TRUSTEE of the CAROLINE G. TURCO FAMILY TRUST, to me known and known by me to be the party executing the foregoing instrument on behalf of said Trust, and acknowledged said instrument and the execution thereof, to be his free act and deed in said capacity.

John A. Toscano, Jr.
NOTARY PUBLIC

JOHN A. TOSCANO, JR.
Type/Print Name of Notary Public Here

My Commission Expires:
JUNE 18, 2005

DONNA L. GIORDANO CMC/AAE TOWN CLERK
WESTERLY, RI RET: J. Toscano, Esq.



JOHN P. TOSCANO, JR., ATTORNEY AT LAW
9 CANAL STREET, WESTERLY, RHODE ISLAND 02891
TELEPHONE (401) 596-1290 FAX (401) 596-0111

# A. Settlement Statement

**U.S. Department of Housing And Urban Development** OMB No. 2502-0265

B. Type of Loan: 1. ☐ FHA 2. ☐ FmHA 3. ☒ Conv. Unins. 4. ☐ VA 5. ☐ Conv. Ins

| 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|
| 03-596 | | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing, they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME AND ADDRESS OF BORROWER: | David M. Ciampi<br>24 Kimball Avenue, Westerly, Rhode Island 02891 |
| E. NAME AND ADDRESS OF SELLER: | Anthony J. Turco, Trustee of the Caroline G. Turco Family Trust<br>16 Dayton Street, Westerly, Rhode Island 02891 |
| F. NAME AND ADDRESS OF LENDER: | |
| G. PROPERTY LOCATION: | 486 Atlantic Avenue, Westerly, Rhode Island 02891 |
| H. SETTLEMENT AGENT: | JOHN J. GENTILE, JR., 148 Main Street Westerly, RI 02891 |
| PLACE OF SETTLEMENT: | 148 Main Street, Westerly, Rhode Island 02891 |
| I. SETTLEMENT DATE: December 17, 2003 | DISBURSEMENT DATE: December 17, 2003 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | $90,000.00 | 401. Contract sales price | $90,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (from Line 1400) | $8,986.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | | **ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE:** | |
| 106. City/town taxes 12/17/2003 to 12/31/2003 | $55.40 | 406. City/town taxes 12/17/2003to 12/31/2003 | $55.40 |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| Fire Tax 12/17/03 to 12/31/03 | $3.87 | 410. Fire Tax 12/17/03 to 12/31/03 | $3.87 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | $99,045.27 | **420. GROSS AMOUNT DUE TO SELLER:** | $90,059.27 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | $9,082.12 | 501. Excess deposit (see instructions) | $9,082.12 |
| 202. Principal amount of new loan(s) | $0.00 | 502. Settlement charges to seller (Line 1400) | $375.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. Deposit Retained by R.E. Broker | |
| 207. | | 507. Westerly Tax Collector | $722.22 |
| 208. | | 508. | |
| 209. | | 509. | |
| **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | | **ADJUSTMENTS FOR ITEMS UNPAID BY SELLER:** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** | $9,082.12 | **520. TOTAL REDUCTIONS AMOUNT DUE SELLER:** | $10,179.34 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower (Line 120) | $99,045.27 | 601. Gross amount due to seller (Line 420) | $90,059.27 |
| 302. Less amount paid by/for borrower (Line 220) | $9,082.12 | 602. Less reductions in amount due seller (Line 520) | $10,179.34 |
| 303. CASH ( From/~~To~~ ) Borrower | $89,963.15 | 603. CASH ( ~~From~~/To ) Seller | $79,879.93 |

Seller:
By: [signature], Trustee

DM/W 145

L. SETTLEMENT CHARGES

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. TOTAL SALES/BROKERAGE COMMISSION BASED ON PRICE: $90,000.00 @ 7.00% = $6,300.00** | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | |
| 701. $6,300.00 to Pequot Properties | | |
| 702. to | | |
| 703. Commission paid at Settlement | | |
| 704. | $6,300.00 | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | |
| 801. Loan Origination Fee 0.0000% to | | |
| 802. Loan Discount 0.0000% to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Insurance Application Fee to | | |
| 807. Assumption Fee to | | |
| 808. Flood Certification Fee to | | |
| 809. Tax Service Fee to | | |
| 810. to | | |
| 811. Loan Processing Fee to | | |
| 812. to | | |
| 813. to | | |
| 814. to | | |
| 815. to | | |
| 816. to | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | |
| 901. Interest from 12/17/2003 to 01/01/2004 at 0.0000/Day 15 day(s) | | |
| 902. Mortgage Insurance Premium for 0 Months to | | |
| 903. Hazard Insurance Premium for 0 Years to | | |
| 904. 0 Years to | | |
| 905. to | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | |
| 1001. Hazard Ins 0 months at per month to | | |
| 1002. Mortgage Ins 0 months at per month to | | |
| 1003. City Tax 0 months at $120.37 per month to City/Town of Westerly, RI | | |
| 1004. County Tax 0 months at per month to | | |
| 1005. Assessments 0 months at per month to | | |
| 1006. 0 months at per month to | | |
| 1007. 0 months at per month to | | |
| 1008. Aggregate Adjustment | $0.00 | |
| **1100. TITLE CHARGES:** | | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106 Notary fees to | | |
| 1107. Attorney's fees to John J. Gentile, Jr. (includes above item numbers: 1101-1107 inclusive) | $1,000.00 | |
| 1108. Title Insurance to Commonwealth Land Title Insurance Company (includes above item numbers: ) | $610.00 | |
| 1109. Lender's coverage *None* @ $427.00 to John J. Gentile, Jr. | | |
| 1110. Owner's coverage $200,000.00 @ $610.00 $183.00 to Commonwealth Land Title Insurance Company | | |
| 1111. Municipal Lien Certificate to | $20.00 | |
| 1112. Seller Representation to John P. Toscano | $1,000.00 | |
| 1113. to | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | |
| 1201. Recording fees: Deed $56.00 Mortgage Release(s) | $56.00 | |
| 1202. City/county tax/stamps: Deed Mortgage: | | |
| 1203. State tax/stamps: Deed $360.00 Mortgage: | | $360.00 |
| 1204. Trust Memorandum Recording to | | |
| 1205. to | | $15.00 |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | |
| 1301. Survey Deletion Endorsement to Lender's Title Policy | | |
| 1302. Pest Inspection to | | |
| 1303. Federal Express Closing Documents to John J. Gentile, Jr. | | |
| 1304. to | | |
| 1305. to | | |
| 1306. to | | |
| 1307. to | | |
| 1308. to | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Line 103, Sec. J-and-Line 502, Sec. K)** | $8,986.00 | $375.00 |

We, the undersigned, identified in Section D hereof and Seller in Section E hereof, hereby acknowledge receipt of this completed Settlement Statement (Pages 1 and 2) on December 17, 2003.

SELLER(S)

By: [signature]

Anthony J. Turco, Trustee of the Caroline G. Turco Family Trust

BORROWER(S)

David M. Ciampi by Jeff J. Gentile his atty in fact

David M. Ciampi

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: [signature] Date: 12-17-03

©1986-2003 Standard Solutions, Inc 781-324-0550

DM/W 146