# EXHIBIT "G"


J.H
4-13-0
MAINTAINED LAWN
POLE
70'
LOT AREA 10,156.63 SF
ISOLATED COASTAL WETLAND
30 REAR ZONING SETBACK
12 1/2' SETBACK
LAWN SURFACE LIMIT
15' SIDE ZONING SETBACK
EXISTING PANEL PARKING
EX. DECK
BUFFER ZONE
PROPOSED PERMANENT MARKERS
LIMIT OF DISTURBANCE
GRASS
PROPOSED 3 BEDROOM HOUSE ON PILES
1ST FLOOR EL. 14.5' MSL
ALARM PANELS
PROPOSED 10'x15' BOTTOMLESS SAND FILTER
30 FRONT ZONING SETBACK
PROPOSED GRAVEL DRIVEWAY
POLE 2/6124
CURVE DATA R=40' T=40' Δ=90° ARC=62.83'
EDGE OF GRAVEL SURFACE
SHORE GARDENS ROAD
EDGE OF COASTAL VEGETATION
EXISTING GRAVEL DRIVEWAY
MANMADE DRAINAGE DITCH
EXISTING WATER CURB STOP
EDGE OF PAVEMENT
ATLANTIC AVENUE
APR 12 2001
WATER SHUTOFF
BENCH MARK - NAIL IN POLE 48
DEFENDANT'S EXHIBIT
H
5/6/08
395
489
495