# EXHIBIT "H"



ROAD 486



4W END

