# EXHIBIT "K"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID M. CIAMPI :
:
VS. : C.A. NO. 07-256-S
:
ETSUKO MOTOKI ZUCZEK, IN HER :
CAPACITY AS FINANCE DIRECTOR :
OF THE TOWN OF WESTERLY; PAUL :
CORINA, IN HIS CAPACITY AS :
SUPERINTENDENT OF WATER OF THE :
TOWN OF WESTERLY, AND PETER :
CHIARADIO, IN HIS CAPACITY AS :
SUPERTINTENDENT OF PUBLIC WORKS :
OF THE TOWN OF WESTERLY :

DEPOSITION OF FRANK ANTORCH, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Barbara Warner, RPR, Notary Public in and for the State of Rhode Island, at the Westerly Town Hall, 45 Broad Street, Westerly, RI, on July 23, 2008, at 3:45 P.M.

PRESENT:

FOR THE PLAINTIFF............. ADLER, POLLOCK & SHEEHAN
BY: ELIZABETH MCDONOUGH NOONAN, ESQUIRE

FOR THE DEFENDANT............. PIERCE, DAVIS & PERRITANO, LLP
BY: JOHN J. CLOHERTY, III, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND
401-946-5500

A. I work for the Washington Trust Bank.
Q. What do you do there?
A. I am a parking garage attendant.
Q. Is that the garage next door?
A. Yes.
Q. How long have you held that job?
A. Five and a half years.
Q. Prior to that, by whom were you employed?
A. The town of Westerly.
Q. How long were you employed by the Town of Westerly?
A. Twenty-five years.
Q. When you retired, what was your position with the Town of Westerly?
A. I was a highway assistant superintendent.
Q. How long had you held that position?
A. I have to think. I worked in two departments. Fourteen years, yes, fourteen years.
Q. Do you remember what year you started working for the town?
A. I worked for the water department July 5, 1977.
Q. What department?

THE WITNESS: He was the --

MR. CLOHERTY: You said utilities.

MS. NOONAN: Superintendent of Public Works, sorry.

Q. Have you spoken with Mr. Fusaro about this litigation that you are here testifying about today?

A. No. I knew I had to come to a meeting. That is all I said.

Q. Was he at a meeting that you came to?

A. No.

Q. Who did you meet with?

A. No one.

Q. You just said, you referenced a meeting, are you talking about this?

A. I am talking about John Fusaro. He said I had to meet this gentleman here.

Q. In the last year or two, you have not spoken to Mr. Fusaro about this case at all, have you?

A. No.

Q. Looking at the map that is Palumbo Exhibit 1 in front of you, again, showing that area of Atlantic and Shore Gardens Road, you are

familiar with that area; is that correct?
A. Yes.
Q. When you were with the highway department, would you have an opportunity to be in that area?
A. Yes. I was always in that area.
Q. Let me ask you, you were with the highway department for a while, did your job duties change at all, or what were your day-to-day job duties, is what I am trying to get at?
A. I did the asphalt. We did so many jobs, drains and asphalt. The landfill.
Q. Specifically just looking at this property, Atlantic and Shore Gardens Road that is marked as lots 64 and 65, do you have any knowledge of a drainage swale or ditch that is on that property?
A. Yes.
Q. Did you ever go on to the property to maintain that drainage ditch?
A. Yes.
Q. What did you do?
A. Myself, most of the time, when I go down there, the mouth of the trench, the beginning, just clear it away maybe for two

minutes. It was already maintained.
Q. Would you go back into the property?
A. If it needed weedings, but no digs. If something was overgrown, but no digging.
Q. When you were clearing away the mouth of the trench, what was the purpose of doing that?
A. So the water can be released off the road for safety reasons, especially buses. There was always ice in the winter and among other things, the ambulance and police and so forth. My main concern was safety.
Q. How long did you oversee or participate in the maintenance of this?
A. That particular job?
Q. Yes.
A. I have to think. If I go by and I happen to scuff with my foot or just with a little shovel, as far as maintaining, like, I say you can pull a couple of weeds and the thing was done.
Q. Did you or anyone in the highway department ever, say, during the 1990s expand or do any additional work that you know of on the

ditch?

A. No.

Q. Did you ever, were you aware of any heavy equipment or bulldozer types that were on the property?

A. Not while I was there.

Q. When you talk about this clearing away that you did, with what frequency would that be done?

A. Once a year.

Q. Do you know whether it was on a sort of regular schedule of maintenance?

A. No. I would go check it and if I thought it needed it, I would do it. There was nothing to it.

Q. The purpose of clearing it away was to keep it open so it could release water from the road; is that correct?

A. That's correct.

Q. Didn't the road still flood even with this trench releasing water?

A. That particular area, no. Once you release it, it goes into that trench.

Q. It is your observation that once that was done, it took care of all of the drainage

problems?
A. Yes.
Q. Do you remember getting any complaints during the 1990s of flooding or ponding in that area of Atlantic or Shore Gardens Road?
A. No.
Q. Aside from yourself, do you know anyone else during the time you were with the highway department who did work on that area of lot 64 and lot 65 on behalf of the town?
A. No.
Q. No one else?
A. At the minimum, me. I was with them.
Q. Were you ever out there with John Fusaro?
A. I have to think. Yes.
Q. And Mr. Fusaro was aware of the ditch; is that correct?
A. Yes.
Q. Was he aware that you were clearing it?
A. Yes.
Q. Did you know when you were clearing and providing this maintenance who owned lot 64 and lot 65?

A. No.

Q. Did you ever seek permission of any of the owners to do the work that you were doing on lot 64 and lot 65?

A. No.

Q. Were there other places in town where you did similar work?

A. Yes.

Q. Can you name a few of them?

A. There are a couple of, a few anyway, on Atlantic Avenue.

Q. To the south of the subject property that we are talking about here?

A. Yes.

Q. Did you know whether or not those were on private property?

A. No.

Q. Did you ever inquire?

A. No.

Q. Did you have any discussion with David Ciampi regarding the property at the corner of Atlantic Avenue and Shore Gardens Road identified as lot 65?

A. I don't know Mr. Ciampi.

Q. You never met Mr. Dave Ciampi?