# EXHIBIT "L"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. CIAMPI | : | |
| | : | |
| VS. | : | C.A. NO. 07-256-S |
| | : | |
| ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PAUL CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly | : | |

DEPOSITION OF JOHN A. FUSARO, JR., a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Ronald M. Ronzio, a Notary Public in and for the State of Rhode Island, at the Town Offices of the Town of Westerly, 45 Broad Street, Westerly, Rhode Island on April 29, 2008 at 3:00 PM.

PRESENT:

FOR THE PLAINTIFF . . ADLER POLLOCK & SHEEHAN, P.C.
BY: ELIZABETH MC DONOUGH NOONAN, ESQUIRE

FOR THE DEFENDANT . . PIERCE, DAVIS & PERRITANO, LLP
90 Canal Street
Boston, MA 02114-2018
BY: JOHN J. CLOHERTY, III, ESQUIRE

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RI 02920
(401) 946-5500
www.alliedcourtreporters.com

Q. Do you recall when you first became aware of that property?
A. Probably somewhere in the early '90's.
Q. Why did it come to your attention?
A. Because it was a source of some runoff for Atlantic Avenue, flooding situation.
Q. In the early 1990's, you were with the water department, correct?
A. No. I -- my concentration was shifted in the late '80's to the highway.
Q. I'm sorry. I just -- okay. Just so I'm clear, 1981, you were the superintendent of public works, correct?
A. Yes.
Q. And was that -- that was the highway at the time?
A. That was the water department.
Q. Then explain to me the shift in the late '80's, what occurred?
A. In the late '80s, Corina got moved to a management position in the water department. When he took over there, I concentrated more on the highway.
Q. Then between that time and 1995 when you became superintendent of public works, what was your general job description?

A. I was involved with the highway aspect of public works, all aspects of it.
Q. Would that include drainage issues?
A. Absolutely.
Q. So, you say the Ciampi property came to your attention in the early 1990's when you had responsibility for highways, including drainage issues, correct?
A. Yes.
Q. What, if anything, did you do when you first became aware of the issue of the flooding around the property, the Ciampi property?
A. Well, that, along with other properties, we used as areas of runoff for the flooding issue on Atlantic Avenue.
Q. Did you ever seek the owner's permission to do that?
A. I don't believe we did.
Q. When you say you used the property as runoff, what did you do?
A. We would have people cut a swaleway into the property to allow water to run off Atlantic Avenue.
Q. Do you have any records or field notes that indicate when this was done on the Ciampi

property?
A. No.
Q. As you sit here today, do you have any doubt in your mind that it did occur on the Ciampi property?
MR. CLOHERTY: Objection.
A. No.
Q. Okay. Who would have done it in the 1990's; on your crew, highway crew, who would have done that work?
A. Various individuals.
Q. Do you have any idea who might have been working in that area of Atlantic Avenue?
A. I could not give you names of who it might have been that long ago.
Q. Sure. I understand. Were you the person that would have given the instruction to do these cuts in the swales?
A. No.
Q. Who would have done that?
A. It would have been the highway -- assistant superintendents at the highway that would have made a decision on doing that type of work, when needed.
Q. Who would that have been in the early '90's?

A. It would have either been Mr. Palumbo or Mr. Antoch.

Q. Were you ever physically in the area of the Ciampi property when any of this work was done?

A. I can't recall that.

Q. In your position from 1995 to 2004, would you have been aware if this type of work continued on the Ciampi property?

A. Yes.

Q. And did it, in fact, continue?

A. I don't recall if additional swaleways were created or the particular one in question or particular area that's disturbed was left as it is, but, you know, I can't recall -- we didn't go in and add additional ones if that's the question you're asking.

Q. I want to know, let's talk about the Ciampi property specifically. You testified that in the early 1990's, that the town had cut swales onto the property, correct?

A. Right.

Q. Then my question is once they had been cut, were they -- did any maintenance work occur on them, on the Ciampi property specifically?

A. There might have been. I can't recall if

they have or have not been. There might have been some maintenance work.

Q. Generally -- let me ask you, were there more than one location where these occurred?

A. Absolutely, yes.

MR. CLOHERTY: You mean on Ciampi's property or anywhere?

MS. NOONAN: Anywhere.

A. Yes.

Q. Can you identify any of those places in the town of Westerly where that occurred?

A. There's probably several on Atlantic Avenue and, you know, this work was done in an attempt to alleviate a safety issue.

Q. What was the safety issue?

A. Flooding.

Q. Did it, in fact, alleviate that safety issue?

A. Yes.

Q. So, the issue doesn't exist today or it doesn't exist when you left the city or the town?

A. If there's flooding, it goes into the swaleway, then the safety issue is eliminated by the water not being on Atlantic Avenue, severe floods, severe puddles.

Q. When this work was done in the early 1990's, were

there any tests or analyses performed prior to cutting the swales?

A. No.

Q. Is there any permission sought from -- strike that. In relation specifically to the Ciampi property, was there any permission sought from any regulatory agency, such as CRMC, to cut these swales?

A. Not to cut the swaleways.

Q. So, no one went to CRMC and said is that okay to do?

A. No.

Q. Atlantic Avenue is a town road, correct?

A. Yes.

Q. It's not a state highway?

A. At one time it was a state highway. I don't recall when the switch took place, but at one time it was.

Q. Fair to say that post-1990, it had been a town road?

A. It could be. I can't recall when the switch came over.

Q. In your time when you were superintendent of public works, from 1995 to 2004, did the town plow Atlantic Avenue down by the Ciampi property?

Q. Frank Antoch?
A. Yes.
Q. He's deceased, okay.
MR. CLOHERTY: Are you asking is Frank Antoch deceased?
MS. NOONAN: Yes.
THE WITNESS: Say it again.
Q. Is Frank Antoch deceased?
A. No. Joe Vancotta is deceased. Mr. Antoch retired.
Q. And Peter became assistant superintendent. Do you know what time that was, year?
A. Roughly, probably 2002.
Q. So, your testimony was that the swale was cut on Mr. Ciampi's property to alleviate the flooding on Atlantic Avenue in part, correct?
A. In that location, yes.
Q. Are there any -- do you have any records at that time showing what the safety issue was, any written documents?
A. No.
Q. And it would have been Mr. Palumbo or Mr. Antoch's call to have these swales cut, correct?
A. Yes.
Q. Were you ever physically on the site when the work

was conducted by the town at the Ciampi property?
A. I can't recall that.
Q. While you were employed by the town at any time, did you have discussions with anyone about the effectiveness of these swales near the Ciampi property?
A. I had discussions with the former owners of the property.
Q. Who --
A. Turco family.
Q. Who specifically?
A. I think it's Anthony, Anthony Turco who called me about it.
Q. And what discussion did you have with him, if you can recall?
A. I don't recall. I don't recall what the discussions were. I mean obviously the discussions were related to the drainage situations, I believe the fact that someone was looking at purchasing the property and that type of discussion.
Q. Do you recall when that discussion was?
A. No, I don't.
Q. Would it be fair to say it was when you were superintendent of public works?

A. I had the title during the discussions, yeah.
Q. So sometime between '95 and 2003?
A. Yes, I would say yes.
Q. Do you recall -- strike that. Who initiated the conversation?
A. Can't recall whether I got a call from him or he called us. I can't recall how it all started.
Q. Do you know what type of equipment was used in the early '90's on the swales?
A. If they did any work at all, it was done by hand with shovels.
Q. Were you aware that after the creation of any of these swales, if they were maintained in any fashion?
A. It's possible that they were.
Q. How would maintenance have occurred?
MR. CLOHERTY: Objection.
A. Maintenance would have occurred by visual inspection of it or a necessity, at the time of necessity. If one of the superintendents felt that there was a need to reopen it, keep it clean, whatever the case may be.
Q. And if that was done, would that be done manually or with machines?
A. Manually.