# EXHIBIT "M"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. CIAMPI | : | |
| | : | |
| VS. | : | C.A. NO. 07-256-S |
| | : | |
| ETSUKO MOTOKI ZUCZEK, IN HER CAPACITY AS FINANCE DIRECTOR OF THE TOWN OF WESTERLY; PAUL CORINA, IN HIS CAPACITY AS SUPERINTENDENT OF WATER OF THE TOWN OF WESTERLY, AND PETER CHIARADIO, IN HIS CAPACITY AS SUPERINTENDENT OF PUBLIC WORKS OF THE TOWN OF WESTERLY | : | |

DEPOSITION OF PETER CHIARADIO, a Defendant in the above-entitled cause, taken on behalf of the Plaintiff, before Barbara Warner, RPR, Notary Public in and for the State of Rhode Island, at the Westerly Town Hall, 45 Broad Street, Westerly, RI, on July 23, 2008, at 12:00 NOON.

PRESENT:

FOR THE PLAINTIFF............. ADLER, POLLOCK & SHEEHAN
BY: ELIZABETH MCDONOUGH NOONAN, ESQUIRE

FOR THE DEFENDANT............. PIERCE, DAVIS & PERRITANO, LLP
BY: JOHN J. CLOHERTY, III, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND
401-946-5500

(DEPOSITION COMMENCED AT 12:00 NOON)

PETER CHIARADIO

Being duly sworn, deposes and testifies as follows:

THE REPORTER: Would you state your name and spell your last name for the record.

THE WITNESS: Peter Chiaradio

EXAMINATION BY MS. NOONAN

Q. Mr. Chiaradio, by whom were you employed?

A. The Town of Westerly.

Q. What is your position with the Town of Westerly?

A. Superintendent of Public Works.

Q. Do you reside in the Town of Westerly?

A. Yes.

Q. What is your address?

MR. CLOHERTY: Objection. Is this reasonable I can agree to produce it for trial? He has privacy concerns about his address. I talked to the witness ahead of time about that, and he agrees to comply with this request at trial.

MS. NOONAN: I have no problem with that.

Q. From that time, until now, you had discussion with Mr. Palumbo; is that correct?
A. Yes.
Q. I am looking in that one-year time frame?
MR. CLOHERTY: My objection is not when the conversation took place, when was the practice in effect.
Q. I am asking your conversation with Mr. Palumbo about the practice, what did he tell you?
A. Our normal maintenance of drainage outflows or water waste.
Q. How did he explain that to you?
A. He dispatches laborers with some hand tools to clear debris if they are blocking any waterways or drainage outflows.
Q. Are you aware whether this is a written policy, or just a policy that has been implemented?
A. No.
Q. Not written?
A. It is not written, and I don't believe he implemented it.
Q. Are you saying it maybe preexisted his