# EXHIBIT "N"

LAW OFFICES OF
NACCARATO & FRACASSA
96 FRANKLIN STREET
P.O. BOX 2976
WESTERLY, RHODE ISLAND 02891-0933

VINCENT J. NACCARATO
KELLY M. FRACASSA

TELEPHONE
(401) 596-0321
FAX
(401) 348-1090

May 16, 2005

Mr. Jefferson D. Henry
15 Shore Gardens RD#3
Westerly, RI 02891

***Re: David Ciampi***

Dear Mr. Henry:

Please be advised that this office represents David Ciampi who is your adjacent property owner on Atlantic Avenue, Westerly, Rhode Island. It is Mr. Ciampi's understanding that you have entered his property and excavated and partially filled a drainage ditch causing water to flood onto Mr. Ciampi's property, all of which work was not authorized by my client.

In addition to your trespass, you have violated a regulation of the Coastal Resources Management Council in that you have disturbed a site which is used to manage and control drainage runoff from Atlantic Avenue. You are hereby notified to cease and desist any and all activities with relation to Mr. Ciampi's property and in addition if any regulatory violations occur as a result of your action, appropriate legal process will be commenced against you without further notice.

Very truly yours,

Vincent J. Naccarato

VJN/wmr

DEFENDANT'S EXHIBIT 4 3/25/08

PENGAD 800-631-6989

DM/W 089