# EXHIBIT "O"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

COASTAL RESOURCES MANAGEMENT COUNCIL
Oliver H. Stedman Government Center
4808 Tower Hill Road, Suite 3
Wakefield, R.I. 02879-1900

(401) 783-3370
FAX: (401) 783-3767

July 1, 2005

David M. Chiampi
2278 Waterburg Road
Cheshire, CT 06410

**RE: Plat 155, Lot 65, Town of Westerly**

Dear Mr. Chiampi:

I have inspected the above-referenced property and found that, as you indicated, the area subject to storm flow (ASSF) has been excavated without prior authorization. Although this constitutes a violation of your assent (CRMC file no. A2004-02-024), the CRMC recognizes that this activity was not undertaken by you or with your consent. Further, it is unclear who is responsible for this unauthorized activity. Accordingly, this letter authorizes you to restore the ASSF to its previous condition. Once the ASSF has been filled in, a conservation seed mix should be spread on all exposed soils.

With regard to your inquiry concerning the staircase accessing the dwelling, the approved plans do not specify in detail the layout of the staircase. It is my understanding that you wish to include a landing on the stairs. While an assent modification is not required for this minor change, authorization from the local building official is. You must, therefore, submit a copy of the building official's approval of this modification to this office for your file. Additionally, you must remain within the authorized limit of disturbance as shown on the approved plans ("Proposed Sewage Disposal System, David Chiampi, AP 155, Lot 65, 486 Atlantic Ave., Westerly,...").

Should you have any questions, you may contact me at 783-3370.

Sincerely,

Laura Miguel

Laura Miguel, Enforcement
Coastal Resources Management Council

/pjc

DEFENDANT'S EXHIBIT
O
5/1/08 JD