# EXHIBIT "P"

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

COASTAL RESOURCES MANAGEMENT COUNCIL
Oliver H. Stedman Government Center
4808 Tower Hill Road, Suite 3
Wakefield, R.I. 02879-1900

(401) 783-3370
FAX: (401) 783-3767

September 15, 2006

David Ciampi
2278 Waterbury Road
Cheshire, CT 06410

**Cease and Desist Order**

Dear Mr. Ciampi:

Under the regulations of the Rhode Island Coastal Resources Management Program (RICRMP), any construction, grading, or filling activities or other alterations within 200 feet of coastal feature associated with tidal waters or coastal ponds of the state requires plans for the proposed work be submitted to the Coastal Resources Management Council (CRMC) for review, evaluation, and comment prior to the proposed activity. Failure to do so is a violation of the RICRMP. After evaluation of the plans by CRMC staff, their comments and the requirements for the proposed activities are forwarded to the applicant.

It has come to the attention of the CRMC that you or your agent have undertaken filling of coastal wetland at your property located at Plat 155, Lot 65, 486 Atlantic Avenue, Westerly without benefit of a CRMC assent or in violation of a Council order. You have also altered, and failed to permanently demarcate, the required buffer zone on site.

These activities are in violation of the Rhode Island Coastal Resources Management Program. You are hereby issued a Cease and Desist Order Number 06-0117, dated September 15, 2006, and ordered to cease all activity at this site and to contact this office within 10 days of the date of this letter.

Failure to comply with this order shall be a violation of a duly adopted Council regulation, and subject to all fines and penalties established by law. Each day of noncompliance shall be deemed a separate and distinct violation in accordance with Section 46-23-7, G.L.R.I.

Sincerely yours,

Laura Miguel, Enforcement
Coastal Resources Management Council

LM/pjc
CERTIFIED RECEIPT REQUESTED

DEFENDANT'S EXHIBIT
Q
5/1/08 JP

DM/W 090

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

COASTAL RESOURCES MANAGEMENT COUNCIL
Oliver H. Stedman Government Center
4808 Tower Hill Road, Suite 3
Wakefield, R.I. 02879-1900

(401) 783-3370
FAX: (401) 783-3767

September 15, 2006

David Ciampi
2278 Waterbury Road
Cheshire, CT 06410

## Notice of Administrative Fine

Violation Site: 486 Atlantic Avenue, Westerly
Plat 155, Lot 65

Dear Mr. Ciampi:

On September 5, 2006, CRMC staff visited Plat 155, Lot 65; Town of Westerly, and discovered that you and your agent have undertaken filling of coastal wetland at your property located at Plat 155, Lot 65, 486 Atlantic Avenue, Westerly without benefit of a CRMC assent or in violation of a Council order. You have also altered, and failed to permanently demarcate, the required buffer zone on site.

In accordance with per Rhode Island General Laws Sections 46-23-7 and 46-23-7.1, you are hereby assessed an Administrative Fine of $ 1,500.00. In addition, a per diem fine of $100.00 for each day can be assessed during which this violation continues upon issuance of a separate Cease and Desist Order from the Council.

You have the right to file an appeal for an Administrative Hearing, within 21 days from the receipt of this notice. The request for an Administrative Hearing must be delivered to the Council at the above address, in writing within this 21 day period. This request shall specify in detail the statements contested by you. If no hearing is requested after the expiration of 21 day period, the Council shall issue a final order assessing the penalties specified in the notice. The penalty is due when the final order is issued.

Please be advised that the levy of this fine does not preclude any further Council action regarding this violation. In addition, should the Council determine there are other violations on said property, you may be assessed additional administrative fines. This notice of administrative fine will be filed in the land evidence records.

Grover J. Fugate, Executive Director
Coastal Resources Management Council

LM/pjc
Certified Receipt Requested

DM/W 091