# EXHIBIT "Q"




DEFENDANT'S EXHIBIT 5 5/4/08 JD



LOCATION MAP

NOTES:

1. REFERENCE IS HEREBY MADE TO THAT CERTAIN PLAN ENTITLED " PROPOSED SEWAGE DISPOSAL SYSTEM OWNER: DAVID CIAMPI (UNDER SALES AGREEMENT) SITE: AP 155 LOT 65 486 ATLANTIC AVE. TOWN: WESTERLY DATE: 1/01/01 REV. 3/8/01 REV. 7/24/02 FOR NEW VARIANCE REV 12/5/02 REVISED VARIANCE SCALE: 1" = 20' SHEETS 1 & 2" BY EUGENE SPRING, P.E.
2. THE WETLANDS AND ASSF FLAG LOCATIONS AS DEPICTED WERE TAKEN FROM THE ABOVE MENTIONED PLAN IN NOTE #1. AT THE TIME OF THIS SURVEY NO EVIDENCE OF EXISTING FLAGS WERE FOUND.
3. THE WETLANDS WERE FLAGGED BY WETLAND SYSTEMS ANALYSIS, KATHLEEN MANGAN.
4. THE PARCEL OF PROPERTY LIES WITHIN FLOOD ZONE V-13, ELEVATION AS DEPICTED ON THE FEMA FIRM MAP, COMMUNITY - PANEL-NUMBER 445410-0020 E, MAP REVISED MAY 13,1993.

AS- BUILT PLAN
PREPARED FOR:
DAVID CIAMPI
ASSESSOR'S PLAT 155, LOT 65