# EXHIBIT "S"

Nov. 28, 2006

Mr. Ciampi:

These are the service cards and a page from our location Book for 4 94½ and 4 Shore Garden Road Houses that come off the line going through your property.

I hope you find this information useful and if you need anything else please E-mail or call 401-348-2561

Paul Corina
Westerly

PLAINTIFF'S
Corina
EXHIBIT NO. 1
FOR IDENTIFICATION
DATE: 4/29/08 RPTR: [illegible]

#4 Shore Gardens Rd.

Service Stop No.

Application Received 4/16/59

Service put in 4/23/59

Size of Service 3/4 copper St. Main to Curb Box 15 Ft.

Remarks

Left Side

2" Service off Atlantic Ave 24.0 43.0

See 484 1/2 Atlantic

Shore Gardens

---

484 1/2

Service Stop No. W-467

Application Received 2" Service Feeding 484 1/2

Service put in Atlantic Ave. off 8" P.V.C. Pipe

Size of Service 2" St. Main to Curb Box 31'

1 1/2 Line to 484 1/2

Remarks #484



101

Water Sevice 484½ Atlantic Ave

