# EXHIBIT "T"

Front / Back 484½ Atlantic Ave.

Service off 2" Line
From Atlantic Ave.

S. S. No. W-467
73

WESTERLY WATER DEPARTMENT

The undersigned hereby make application for tapping water main at the following described premises:

Lot No. ............ situated on Rear #484½ Atlantic Ave St.

(of which he/she is the owner) and hereby agrees to pay to the Westerly Water Dept. the established meter rate for said water, and to use the same hereafter in accordance with the Rules and Regulations of the Water Department of the Town of Westerly.

Michael L Casafolo

Signed [illegible]

Dated 5/16/58

#484½

Service Stop No. W-467

Application Received 2" Service Feeding 484½

Service put in Atlantic Ave. off 8" P.V.C. Pipe

Size of Service 2" St. Main to Curb Box 31'

1½ Line to 484½

Remarks #484



FRONT / BACK 4 SHORE GARDEN

S. S. No. W 481

DEPT. PUBLIC WORKS
Water Division

The undersigned hereby make application for tapping water main at the following described premises:

Lot No. ______ situated on 4 Shore Gardens St.

(of which he/she is the owner) and hereby agrees to pay to the Westerly Water Division the established meter rate for said water, and to use the same hereafter in accordance with the Rules and Regulations of the Water Division of the Town of Westerly Public Works Dept.

Signed Charlotte Dubreuil

Dated ______

#4 Shore Gardens Rd

Service Stop No. ......

Application Received 4/16/59

Service put in 4/23/59

Size of Service 3/4 copper St. Main to Curb Box 15 ft.

Remarks LEFT Side

2" service OFF

Atlantic Ave 27.0 43.0

See 454 1/2 Atlantic

Shore Gardens