# EXHIBIT "U"

Loan # 5973003

14673

ROCH APPRAISAL CO

APPRAISAL OF



A SINGLE FAMILY RESIDENCE

LOCATION :486 Atlantic Avenue
Westerly RI 02891

CLIENT :Countrywide Home Loans / Landsafe
1291 Boston Post Road, #104

AS OF DATE :09-22-2006

APPRAISER :Gerald Roch, SRA

DM/W 249

Loan # 5973003

ROCH APPRAISAL CO
438 Washington Street
Coventry, RI 02816

Countrywide Home Loans / Landsafe
1291 Boston Post Road, #104

In accordance with your request, I have personally inspected and appraised the property located at:

486 Atlantic Avenue
Westerly RI 02891 .

The purpose of the appraisal was to estimate the market value of the property, as improved, in unencumbered fee simple title of ownership.

The subject property consists of:

| | |
|---|---|
| 7 | Rooms |
| 2 | Bedrooms |
| 2.0 | Bath(s) |

The contemporary style residence contains 1,662 square feet of Gross Living Area.

It is my opinion that the estimated market value of the property as of 09-22-2006 is $ 950,000 .

The above information has been automatically extracted from the appraisal and inserted in this cover page.

Respectfully submitted,

Gerald Roch, SRA

Gerald Roch, SRA

DM/W 250

# Exterior-Only Inspection Residential Appraisal Report

FannieMae

Loan # 5973003
File # 14673

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 486 Atlantic Avenue City Westerly State RI Zip Code 02891
Borrower David M Ciampi Owner of Record David M Ciampi County Washington
Legal Description DEED BOOK: 1238 PAGE: 346 (12-18-2003)
Assessor's Parcel # Assessors Plat: 155 Lot: 65 Tax Year 2006 R.E. Taxes $ 8,143.88
Neighborhood Name Misquamicut Map Reference MSA#5520-009 Census Tract 0510.00
Occupant [X] Owner [ ] Tenant [ ] Vacant Special Assessments $ N/A [ ] PUD HOA $ N/A [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)
Lender/Client Countrywide Home Loans / Landsafe Address 1291 Boston Post Road, #104 Madison CT 06443
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). MLS, Owner

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The subject property is not involved in a sales transaction.

Contract Price N/A Date of Contract N/A Is the property seller the owner of public record? [ ] Yes [ ] No Data Sour
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid. N/A

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $ (000) | AGE (yrs) | One-Unit | 75 % |
| Built-Up | [ ] Over 75% | [X] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Suppl | 350 Low | new | 2-4 Unit | 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 2000+ High | 100+ | Multi-Family | % |
| | | | | | | | | 600 Pred. | 75 | Commercial | 10 % |
| | | | | | | | | | | Other | 10 % |

Neighborhood Boundaries The Misquamicut section of Westerly is roughly bounded by Shore Road to the north, the Atlantic Ocean to the south, Weekapaug Road to the east and Maplewood Avenue to the west.
Neighborhood Description SEE PAGE THREE COMMENT.

Market Conditions (including support for the above conclusions) DEMAND for new and existing housing throughout the RI area has been relatively strong over the past several years. SUPPLY of existing housing stock has been diminishing at a steady pace and prices have shown increases in the most markets (3%+ per annum). Interest rates are considered attractive to most buyers in this market.

**SITE**

Dimensions 30' x 95' x 115' x 70' x 150' Area 9,166 sq.ft. Shape slightly irregular View partial waterview
Specific Zoning Classification R-10 Zoning Description residential (10,000 sq.ft. minimum)
Zoning Compliance [ ] Legal [X] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street | macadam | [X] | [ ] |
| Gas | [ ] | [ ] propane | Sanitary Sewer | [ ] | [ ] septic system | Alley | none | [ ] | [ ] |

FEMA Special Flood Hazard Area [X] Yes [ ] No FEMA Flood Zone V13 FEMA Map # 445410-0020E FEMA Map Date 05-17-1993
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
Subject is typical for the area in terms of size & appeal. Subject is grandfathered and can be 100% rebuilt if destroyed. Private septic systems are common for the area and are market acceptable (no seepage noted). Subject is situated in Zone V13 of the flood zone. No observed adverse conditions.

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property [X] Appraisal Files [ ] MLS [X] Assessment and Tax Records [ ] Prior Inspection [X] Property Owner
[ ] Other (describe) Data Source(s) for Gross Living Area

| GENERAL DESCRIPTION | GENERAL DESCRIPTION | Heating / Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | [X] FWA [ ] HWBB | [X] Fireplace(s) # 2 | [ ] None |
| # of Stories 2 | [ ] Full Basement [ ] Finished | [ ] Radiant | [ ] Woodstove(s) | [X] Driveway # of Cars 2 |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [ ] Other | [X] Patio/Deck | Driveway Surface crushed stone |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls cedar shingle | Fuel propane | [X] Porch | [ ] Garage # of Cars |
| Design (Style) contemporary | Roof Surface asphalt shingle | [X] Central Air Conditioning | [ ] Pool | [ ] Carport # of Cars |
| Year Built 2005 | Gutters & Downspouts aluminum | [ ] Individual | [ ] Fence | [ ] Attached [ ] Detached |
| Effective Age (Yrs) 1 | Window Type DH+casement | [ ] Other | [ ] Other | [ ] Built-in |

Appliances [ ] Refrigerator [ ] Range/Oven [ ] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 7 Rooms 2 Bedrooms 2.0 Bath(s) 1,662 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) Subject is a well built contemporary style dwelling with view of ocean from upper level bedroom and views of salt pond from back yard and rear of dwelling. Two balcony decks on rear of upper level. Deck on side/rear of lower level (lower level is utility room on slab).

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). Cedar shingled siding and asphalt shingled roof appear to be in good condition. There appears to be no Functional nor External obsolescences. No repairs necessary.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

Loan # 5973003

# Exterior-Only Inspection Residential Appraisal Report

File # 14673

There are 42 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 750,000 to $ 1,500,000

There are 17 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 750,000 to $ 1,500,000

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 486 Atlantic Avenue Westerly, RI | 8 Uzzi Avenue Westerly, RI | | 664 Charlestown Beach Road Charlestown, RI | | 812 Charlestown Beach Road Charlestown, RI | |
| Proximity to Subject | | 2.0 MI W | | 8.3 MI ENE | | 8.1 MI ENE | |
| Sale Price | $ N/A | | $ 850,000 | | $ 940,000 | | $ 1,375,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 553.39 sq. ft. | | $ 1,398.81 sq. ft. | | $ 1,338.85 sq. ft. | |
| Data Source(s) | | MLS | | MLS | | MLS | |
| Verification Source(s) | | Municipal Records | | Municipal Records | | Municipal Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | conventional financing | | conventional financing | | conventional financing | |
| Date of Sale/Time | | 06-02-2006 | | 08-16-2006 | | 05-09-2006 | |
| Location | good | good | | superior | -50,000 | superior | -50,000 |
| Leasehold/Fee Simple | fee simple | fee simple | | fee simple | | fee simple | |
| Site | 9,166 sq.ft. | 7,500 sq.ft. | 5,000 | 16,280 sq.ft. | -10,000 | 12,197 sq.ft. | -5,000 |
| View | waterview | waterview | 0 | waterview | 0 | waterview | |
| Design (Style) | contemporary | contemporary | 0 | ranch | | contemporary | |
| Quality of Construction | good | good | | good | | good | |
| Actual Age | 1 | 11 | | 35 | | 35 | |
| Condition | good | good | | good | | good | |
| Above Grade Room Count (Total / Bdrms / Baths) | 7 / 2 / 2.0 | 6 / 3 / 1.5 | 2,000 | 5 / 3 / 1.0 | 4,000 | 5 / 3 / 1.5 | 2,000 |
| Gross Living Area | 1,662 sq. ft. | 1,536 sq. ft. | 5,000 | 672 sq. ft. | 39,600 | 1,027 sq. ft. | 25,400 |
| Basement & Finished Rooms Below Grade | 0% / 0% slab | 0% / 0% slab | | 0% / 0% slab | | 0% / 0% slab | |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | FWA/central | HWB/none | 2,000 | none/none | 12,000 | HWB/none | 2,000 |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | driveway | driveway | | driveway | | driveway | |
| Porch/Patio/Deck | decks | porch, deck | | porch | | deck | |
| Other | 2 fireplaces | no fireplace | 4,000 | no fireplace | 4,000 | no fireplaces | 4,000 |
| Net Adjustment (Total) | | [X] + [ ] - | $ 18,000 | [ ] + [X] - | $ -400 | [ ] + [X] - | $ -21,600 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.12 % Gross Adj. 2.12 % | $ 868,000 | Net Adj. % Gross Adj. 13 % | $ 939,600 | Net Adj. -2 % Gross Adj. 6 % | $ 1,353,400 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) MLS/WIS/Town Records

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) MLS/WIS/Town Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12-18-2003 | No prior sales in past year | No prior sales in past year | No prior sales in past year |
| Price of Prior Sale/Transfer | $90,000 (land sale) | | | |
| Data Source(s) | MLS/WIS/Town Records | MLS | MLS | MLS |
| Effective Date of Data Source(s) | September, 2006 | September, 2006 | September, 2006 | September, 2006 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property has not been on the market since its' last sale nor has sold at any other time in the past three years than otherwise indicated (prior sale was a land sale). The comparables (#1 to # 3) were not involved in any additional transactions during the preceding 12 months of their most recent sale. Comps # 4 and # 5 are active listing on subject's street for purposes of showing supportive value.

Summary of Sales Comparison Approach GLA adjusted at $40/sf (upper adj. = bath differential). Primary emphasis was placed on locating the most recent sales of physically similar homes with waterviews from the general area. A lack of sales which met all of the aforementioned criteria necessitated the use of sales which exceed our 6 mo. & 1 mile optimum. Comps # 2 and # 3 are from the adjoining Town of Charlestown which shares a similar beachfront community development as subject's. Both of these comps are located closer to the water than subject and were given location adjustments. All comps were conservatively adjusted for their varying lot size differences. Comps # 4 and # 5 are active listings on subject's street and were utilized for the purpose of showing supportive value.

Indicated Value by Sales Comparison Approach $ 950,000

**RECONCILIATION**

Indicated Value by: Sales Comparison Approach $ 950,000 Cost Approach (if developed) N/A Income Approach (if developed) N/A

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 950,000 as of 09-22-2006, which is the date of inspection and the effective date of this appraisal.

Loan # 5973003

Exterior-Only Inspection Residential Appraisal Report File # 14673

ADDITIONAL COMMENTS

NEIGHBORHOOD DESCRIPTION: The Misquamicut section of Westerly is a beach front residential community in Westerly. A wide variety of architectural styles (small ranches & cottages to large colonials & contemporaries) are found throughout this area, many of which are 2nd "vacation" homes. Most properties in Misquamicut display good overall maintenance & upkeep. Average accessibility to public schools, shopping plazas and major highways. High end of property values, such as the subject, reflects waterfront homes. No negative neighborhood influences were observed.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW

Source of cost data

Quality rating from cost service Effective date of cost data

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

| | | |
|---|---|---|
| OPINION OF SITE VALUE | | = $ 300,000 |
| Dwelling | Sq. Ft. @ $ | = $ |
| | Sq. Ft. @ $ | = $ |
| Garage/Carport | Sq. Ft. @ $ | = $ |
| Total Estimate of Cost-New | | = $ |
| Less Physical | Functional External | |
| Depreciation | 0 | = $( 0 ) |
| Depreciated Cost of Improvements | | = $ 0 |
| "As-is" Value of Site Improvements | | = $ |

Estimated Remaining Economic Life (HUD and VA only) 74 Years

INDICATED VALUE BY COST APPROACH ........ = $ N/A

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent N/A X Gross Rent Multiplier N/A = $ N/A Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) N/A

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project N/A

Total number of phases N/A Total number of units N/A Total number of units sold N/A

Total number of units rented N/A Total number of units for sale N/A Data Source(s) N/A

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No If Yes, date of conversion

Does the project contain any multi-dwelling units? [ ] Yes [ ] No Data Source(s) N/A

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No If No, describe status of completion. N/A

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No If Yes, describe the rental terms and options. N/A

Describe common elements and recreational facilities



DM/W 253

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and o market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report i subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinion statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature Gerald Roch, SRA
Name Gerald Roch, SRA
Company Name Roch Appraisal Company
Company Address 438 Washington Street
Coventry RI 02816
Telephone Number 401-828-1155
Email Address geraldroch@roch.coxatwork.com
Date of Signature and Report 09-25-2006
Effective Date of Appraisal 09-22-2006
State Certification # A00120G
or State License #
or Other (describe) State #
State RI
Expiration Date of Certification or License 12/31/2007

ADDRESS OF PROPERTY APPRAISED
486 Atlantic Avenue
Westerly RI 02891

APPRAISED VALUE OF SUBJECT PROPERTY $ 950,000

LENDER/CLIENT
Name
Company Name Countrywide Home Loans / Landsafe
Company Address 1291 Boston Post Road #104
Madison CT 06443
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection



DM/W 256

# SUPPLEMENTAL SALES 4 5 6 ADDENDUM

Loan # 5973003
File # 14673

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 486 Atlantic Avenue Westerly, RI | 430 Atlantic Avenue Westerly, RI | | 124 Atlantic Avenue Westerly, RI | | | |
| Proximity to Subject | | 0.26 MI WSW | | 1.7 MI WSW | | | |
| Sale Price | $ N/A | | $ 998,000 | | $ 1,688,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 596 sq. ft. | | $ 1,116 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS | | MLS | | MLS | |
| Verification Source(s) | | Municipal Records | | Municipal Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Active Listing | | Active Listing | | | |
| Date of Sale/Time | | ACTIVE | | ACTIVE | | | |
| Location | good | good | | good | | | |
| Leasehold/Fee Simple | fee simple | fee simple | | fee simple | | | |
| Site | 9,166 sq.ft. | 12,632 sq.ft. | -5,000 | 4,796 sq.ft. | 10,000 | | |
| View | waterview | waterview | | waterview | | | |
| Design (Style) | contemporary | contemporary | | contemporary | | | |
| Quality of Construction | good | good | | good | | | |
| Actual Age | 1 | 17 | | 7 | | | |
| Condition | good | good | 0 | good | | | |
| Above Grade Room Count (Total / Bdrms / Baths) | 7 / 2 / 2.0 | 7 / 3 / 3.0 | -4,000 | 6 / 2 / 2.0 | | Total / Bdrms / Baths | |
| Gross Living Area | 1,662 sq. ft. | 1,675 sq. ft. | | 1,512 sq. ft. | 6,000 | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0% / 0% slab | 50% / 0% partial | -5,000 | 100% / 0% unfinished | -10,000 | | |
| Functional Utility | average | average | | average | | | |
| Heating/Cooling | FWA/central | HWB/none | 2,000 | FWA/central | | | |
| Energy Efficient Items | none | none | | none | | | |
| Garage/Carport | driveway | 2 car/integral | -8,000 | 1 car/integral | -4,000 | | |
| Porch/Patio/Deck | decks | decks | | decks | | | |
| Other | 2 fireplaces | 2 fireplaces | | no fireplace | 4,000 | | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - | $ -20,000 | [X] + [ ] - | $ 6,000 | [ ] + [ ] - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. -2 % Gross Adj. 2.40 % | $ 978,000 | Net Adj. 0.36 % Gross Adj. 2.01 % | $ 1,694,000 | Net Adj. % Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | No prior sales in past year | No prior sales in past year | |
| Price of Prior Sale/Transfer | $90,000 (land sale) | | | |
| Data Source(s) | | MLS | MLS | |
| Effective Date of Data Source(s) | | September, 2006 | September, 2006 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach

DM/W 257

ROCH APPRAISAL CO

# LOCATION MAP ADDENDUM

Loan # 5973003
File No 14673

Borrower: David M. Ciampi
Property Address: 486 Atlantic Avenue
City: Westerly County: Washington State: RI Zip Code: 02891
Lender/Client: Countrywide Home Loans / Landsafe




Prepared by: Roch Appraisal Co 401-[illegible]

## COMPARABLE SALES INFORMATION

**COMPARABLE SALE # 1**
Address: 6 [illegible] Ave
Date of Sale: 06-02-2006 Sale Price: 850,000
Room Count - Total Rooms: 6 Bedrooms: 3 Baths: 1.5
Gross Living Area: 1,536
Proximity to Subject: [illegible] MI [illegible]

**COMPARABLE SALE # 2**
Address: 661 Charlestown Beach Rd
Date of Sale: 09-[illegible]-2006 Sale Price: 940,000
Room Count - Total Rooms: 5 Bedrooms: 3 Baths: 1.0
Gross Living Area: 672
Proximity to Subject: [illegible] MI ENE

**COMPARABLE SALE # 3**
Address: 612 Charlestown Beach Rd
Date of Sale: 05-05-2006 Sale Price: 1,375,000
Room Count - Total Rooms: [illegible] Bedrooms: [illegible] Baths: [illegible]
Gross Living Area: [illegible]
Proximity to Subject: [illegible] MI ENE

**COMPARABLE SALE # 4**
Address: [illegible] Atlantic Ave
Date of Sale: ACTIVE Sale Price: [illegible]
Room Count - Total Rooms: 7 Bedrooms: [illegible] Baths: [illegible]
Gross Living Area: 1,[illegible]75
Proximity to Subject: 0.26 MI [illegible]

**COMPARABLE SALE # 5**
Address: [illegible] Atlantic Ave
Date of Sale: ACTIVE Sale Price: 1,[illegible]
Room Count - Total Rooms: [illegible] Bedrooms: [illegible] Baths: [illegible]
Gross Living Area: [illegible]
Proximity to Subject: [illegible] MI [illegible]

# PLAT MAP

Loan # 5973003
14673

| | |
|---|---|
| Borrower/Client | David M. Ciampi |
| Property Address | 486 Atlantic Avenue |
| City | Westerly |
| County | Washington |
| State | RI |
| Zip Code | 02891 |
| Lender/Client | Countrywide Home Loans / Landsafe |






DM/W 259

# FLOOD MAP

Loan # 5973003
14673

| | |
|---|---|
| Borrower/Client | David M. Ciampi |
| Property Address | 486 Atlantic Avenue |
| City | Westerly County Washington State RI Zip Code 02891 |
| Lender/Client | Countrywide Home Loans / Landsafe |

FLOOD INSIGHTS home cds business mapping log out

Flood Insights test results for

**486 ATLANTIC AVE, WESTERLY,RI 02891**

*Geocoding Accuracy:* S5 – Matched to Street Address (Best)

## Flood Zone Determinations

Text Description

| SFHA (Flood Zone) | Within 250 feet of multiple flood zones? |
|---|---|
| In | No |

| Community | Community Name | Zone | Panel | Panel Date | Cobra |
|---|---|---|---|---|---|
| 445410 | WESTERLY, TOWN OF | V13 | 0020E | May 17, 1993 | OUT |

| FIPS Code | Census Tract |
|---|---|
| 44009 | 0510.00 |

*Copyright 2000, First American Flood Data Services. All rights reserved.*

○ Zoom In ○ Zoom Out ○ Manual Placement What's This? ○ Distance ○ 2 Zoom Level (Miles)




**FloodMap Legend**

Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year floodplains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

| Display Layer | On/Off |
|---|---|
| Flood Zone Determinations | |

ReDrawMap

*Note: Some map information may not appear as zoom level changes.*

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither TFHC nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

RiskMeter.com

CDS

Loan # 5973003
14673

# SUBJECT PHOTOGRAPH ADDENDUM

Borrower David M. Ciampi
Property Address 486 Atlantic Avenue
City Westerly County Washington State RI Zip Code 02891
Lender/Client Countrywide Home Loans / Landsafe



FRONT OF
SUBJECT PROPERTY



REAR OF
SUBJECT PROPERTY



STREET SCENE

DM/W 261

# COMPARABLES PHOTOGRAPH ADDENDUM

Loan # 5973003
14673

Borrower David M. Ciampi
Property Address 486 Atlantic Avenue
City Westerly County Washington State RI Zip Code 02891
Lender/Client Countrywide Home Loans / Landsafe



**COMPARABLE SALE # 1**
8 Uzzi Avenue
Westerly, RI
Date of Sale : 06-02-2006
Sale Price 850,000
Sq. Ft. : 1,536
$ / Sq. Ft. 553.39



**COMPARABLE SALE # 2**
664 Charlestown Beach Road
Charlestown, RI
Date of Sale : 08-16-2006
Sale Price : 940,000
Sq. Ft. : 672
$ / Sq. Ft. : 1,398.81



**COMPARABLE SALE # 3**
812 Charlestown Beach Road
Charlestown, RI
Date of Sale : 05-09-2006
Sale Price 1,375,000
Sq. Ft. 1,027
$ / Sq. Ft. 1,338.85

**DM/W 262**

# COMPARABLES 4 5 6 PHOTOGRAPH ADDENDUM

Loan # 5973003
14673

Borrower David M. Ciampi
Property Address 486 Atlantic Avenue
City Westerly County Washington State RI Zip Code 02891
Lender/Client Countrywide Home Loans / Landsafe



**COMPARABLE SALE # 4**
430 Atlantic Avenue
Westerly, RI
Date of Sale : ACTIVE
Sale Price : 998,000
Sq. Ft. : 1,675
$ / Sq. Ft. : 596



**COMPARABLE SALE # 5**
124 Atlantic Avenue
Westerly, RI
Date of Sale : ACTIVE
Sale Price : 1,688,000
Sq. Ft. : 1,512
$ / Sq. Ft. : 1,116

**COMPARABLE SALE # 6**

Date of Sale
Sale Price
Sq. Ft.
$ / Sq. Ft.

**Countrywide Home Loans, Inc., itself or as agent for Countrywide Bank, N.A.**

DATE: 09/27/2006
BORROWER: DAVID M. CIAMPI
CASE #:
LOAN #: 138556110
PROPERTY ADDRESS: 486 ATLANTIC AVE
WESTERLY, RI 02891-4336

Branch #: 0001053
1291 BOSTON POST RD, SUITE 104
MADISON, CT 06443
Phone: (203)245-6500
Br Fax No.: (203)245-6263

## APPRAISAL DISCLAIMER

Enclosed is a copy of the appraisal report prepared in connection with your application for a mortgage loan.

This appraisal was prepared by an independent professional appraiser for the lender's use in substantiating property value in support of your application. Appraisers must meet certain qualification requirements before their reports will be accepted by the lender; however, a lender's acceptance of an appraiser's reports is not an endorsement of either the appraiser or the appraisal report.

**An appraisal is not a guarantee of either the value or condition of the property,** and the lender assumes no responsibility for the accuracy of the information contained in the appraisal report. Homeowners and homebuyers are advised to procure the services of a structural engineer, house inspection service or contractor to inspect the property for condition and defects.

**Countrywide Home Loans, Inc., itself or as agent for Countrywide Bank, N.A.**

By J Buckley

Date 9-27-06

DM/W 264