# EXHIBIT "V"

Ex 7
J.H.

## Abutting Property Owner Values
## 486 Atlantic Avenue, Westerly, RI

EXHIBIT
E

| Owner | Location | | Land | | Building | | Total | Square Feet | Acres | Special | Pond |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Henry | 15 Shore Gardens | $ | 296,600.00 | $ | 62,800.00 | $ | 359,400.00 | 1700 | 0.24 | Two Family | On |
| Maher | 3 Shore Gardens | $ | 253,800.00 | $ | 39,100.00 | $ | 292,900.00 | 500 | 0.21 | | On |
| DUBREUIL | 4 Shore Garden | $ | 256,700.00 | $ | 43,600.00 | $ | 300,300.00 | 725 | 0.34 | | |
| Ciampi | 486 Atlantic Avenue | $ | 506,000.00 | $ | 251,400.00 | $ | 757,400.00 | 1552 | .21* | | Atlantic Ave |
| Lekovich | 5 Shore Gardens | $ | 306,800.00 | $ | 67,800.00 | $ | 374,600.00 | 888 | 0.24 | | On |
| McGrath | 484 Atlantic Ave | $ | 331,500.00 | $ | 64,500.00 | $ | 396,000.00 | 705 | 0.24 | | Atlantic Ave |

* Note that this does not factor several blemishes on the property that will be disclosed later in the presentation.

DEFENDANT'S EXHIBIT
M
5/4/08 JD

Prepared by David M. Ciampi on September 20, 2006

# Abutting Neighbors Comparisons



| | |
|---|---|
| Acreage: | .24 Acres |
| 2005 Land Assessment: | $331,500.00 |
| 2006Land Assessment: | $331,200.00 |
| % Change: | .9% |
| Issues: | Driveway Easement |
| Wetlands: | None |



| | |
|---|---|
| Acreage: | .24 Acres |
| 2005 Land Assessment: | $296,500.00 |
| 2006Land Assessment: | $296,600.00 |
| % Change: | .1% |
| Issues: | |
| Wetlands: | None |



| | |
|---|---|
| Acreage: | .34 Acres |
| 2005 Land Assessment: | $256,300.00 |
| 2006Land Assessment: | $256,500.00 |
| % Change: | .2% |
| Issues: | |
| Wetlands: | None |

# Neighborhood



| | |
|---|---|
| Acreage: | .24 Acres |
| 2005 Land Assessment: | $253,600.00 |
| 2006Land Assessment: | $253,800.00 |
| % Change: | .16% |
| Issues: | None |
| Wetlands: | None |



| | |
|---|---|
| Acreage: | .24 Acres |
| 2005 Land Assessment: | $306,600.00 |
| 2006Land Assessment: | $306,800.00 |
| % Change: | .07% |
| Issues: | None |
| Wetlands: | None |

DM/W 063