# EXHIBIT "W"



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
486 ATLANTIC AVENUE
WESTERLY LAND EVIDENCE RECORDS; BOOK 1238, PAGE 346
WESTERLY, RI 02891

**FOR:**
PIERCE, DAVIS & PERRITANO, LLP
TEN WINTHROP SQUARE
BOSTON, M 02110

**AS OF:**
FEBRUARY 21, 2008

**BY:**
RAYMOND R. LUEDER
LENIHAN APPRAISAL COMPANY
53 HIGH STREET
WESTERLY, RI 02891

# SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| SUBJECT INFORMATION | Subject Address | 486 ATLANTIC AVENUE |
| | Legal Description | WESTERLY LAND EVIDENCE RECORDS; BOOK 1238, PAGE 346 |
| | City | WESTERLY |
| | County | WASHINGTON |
| | State | RI |
| | Zip Code | 02891 |
| | Census Tract | 509 |
| | Map Reference | SMSA 5520 |
| SALES PRICE | Sale Price | $ N/A |
| | Date of Sale | N/A |
| CLIENT | Borrower | DAVID M. CIAMPI |
| | Lender/Client | PIERCE, DAVIS & PERRITANO, LLP |
| DESCRIPTION OF IMPROVEMENTS | Size (Square Feet) | 1,832 |
| | Price per Square Foot | $ |
| | Location | RESORT |
| | Age | 3 YEARS |
| | Condition | GOOD |
| | Total Rooms | 7 |
| | Bedrooms | 2 |
| | Baths | 2 |
| APPRAISER | Appraiser | RAYMOND R. LUEDER |
| | Date of Appraised Value | FEBRUARY 21, 2008 |
| VALUE | Opinion of Value | $ 1,150,000 |

08-114

# Exterior-Only Inspection Residential Appraisal Report

File # 08-114

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject prope

**SUBJECT**

Property Address 486 ATLANTIC AVENUE City WESTERLY State RI Zip Code 02891

Borrower DAVID M. CIAMPI Owner of Public Record DAVID M. CIAMPI County WASHINGTON

Legal Description WESTERLY LAND EVIDENCE RECORDS; BOOK 1238, PAGE 346

Assessor's Parcel # MAP 155 LOT 65 Tax Year 2007 R.E. Taxes $ 7,568.86

Neighborhood Name MISQUAMICUT Map Reference SMSA 5520 Census Tract 509

Occupant ☒ Owner ☐ Tenant ☐ Vacant Special Assessments $ ☐ PUD HOA $ ☐ per year ☐ per m

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) PRIVATE

Lender/Client PIERCE, DAVIS & PERRITANO, LLP Address TEN WINTHROP SQUARE, BOSTON, MA 02110

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). NOT A SALE

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. NO P&S AGREEMENT, NOT A SALE

Contract Price $ N/A Date of Contract N/A Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ N

If Yes, report the total dollar amount and describe the items to be paid. N/A

**NEIGHBORHOOD**

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE $ (000) | | AGE (yrs) | One-Unit | 60 |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | 250 | Low | NEW | 2-4 Unit | |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 4,500 | High | 70 | Multi-Family | |
| | | 750 | Pred. | 45 | Commercial | 30 |
| | | | | | Other | 10 |

Neighborhood Boundaries WINNAPAUG POND TO THE NORTH, BLOCK ISLAND SOUND TO THE SOUTH, WEEKAPAUG ROAD TO THE EAST AND AND WINNAPAUG ROAD TO THE WEST.

Neighborhood Description MISQUAMICUT IS A BEACH RESORT NEIGHBORHOOD BORDERING THE ATLANTIC OCEAN. RESIDENTIAL HOMES RANGE FROM OLDER RANCHES TO NEWER CUSTOM STYLE HOMES. THE LOCATION HAS EXCELLENT MARKET APPEAL. AREA AMENITIES INCLUDING SCHOOLS, LOCAL SHOPPING, EMPLOYMENT CENTERS ARE WITHIN A 2 TO 5 MILE RANGE.

Market Conditions (including support for the above conclusions) FINANCING IS IMPROVING WITH MORTGAGE RATES FALLING TO 5.0% TO 6.00% FIXED FOR A 30-YEAR MORTGAGE. SIGNIFICANT SELLER CONCESSIONS ARE BECOMING MORE TYPICAL IN THE CURRENT MARKET, AND MARKETING TIMES ARE 3-6 MOS. FOR REASONABLY PRICED PROPERTIES.

**SITE**

Dimensions SEE ATTACHED MAP Area .21 ACRES Shape RECTANG/CORNER View OCEAN/POND VIEW

Specific Zoning Classification HDR 10 Zoning Description HIGH DENSITY RESIDENTIAL - 10,000 S.F MINIMUM

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street ASPHALT | ☒ | ☐ |
| Gas | ☐ | ☒ PROPANE TANK | Sanitary Sewer | ☐ | ☒ PRIVATE SEPTIC | Alley | ☐ | ☐ |

FEMA Special Flood Hazard Area ☒ Yes ☐ No FEMA Flood Zone V13 FEMA Map # 445410 0020E FEMA Map Date 5/17/1993

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

NO ADVERSE EASEMENTS OR ENCROACHMENTS ETC. NOTED IN THE LAND EVIDENCE RECORDS, OR UPON INSPECTION OF THE PROPERTY. AN ENCROACHMENT WAS NOTED ON THE ASSESSORS RECORDS. DISCUSSIONS WITH THE ASSESSORS OFFICE INDICATED IT IS IN REFERENCE TO A WATER MAIN THAT EXISTED PRIOR TO 2003 WHEN THE PROPERTY WAS TRANSFERRED.

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property ☒ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner ☒ Other (describe) EXTERIOR INSPECTION Data Source for Gross Living Area PUBLIC RECORDS

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | ☒ FWA ☐ HWBB | ☒ Fireplace(s) # 2 | ☒ None |
| # of Stories 2 STORIES | ☒ Full Basement ☐ Finished | ☐ Radiant | ☐ Woodstove(s) # 0 | ☒ Driveway # of Cars 2+ |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement ☐ Finished | ☐ Other | ☒ Patio/Deck 4 DKS | Driveway Surface STONE |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls CDR SHINGLE | Fuel PROPANE | ☒ Porch OP | ☐ Garage # of Cars 0 |
| Design (Style) CUSTOM | Roof Surface ASPHALT | ☒ Central Air Conditioning | ☐ Pool NONE | ☐ Carport # of Cars |
| Year Built 2005 | Gutters & Downspouts ALUMINUM | ☐ Individual | ☐ Fence NONE | ☐ Attached ☐ Detached |
| Effective Age (Yrs) 3 YEARS | Window Type DH/MIXED | ☐ Other | ☐ Other NONE | ☐ Built-in |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) UNKNOWN, EXTERIOR INSP

Finished area above grade contains: 7 Rooms 2 Bedrooms 2 Bath(s) 1,832 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) NONE KNOWN OR NOTICED UPON EXTERIOR INSPECTION. PROPERTY HAS MULTIPLE DECKS AND AN OPEN PORCH.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). THE SUBJECT PROPERTY IS NEW WITHIN 3 YEARS AND THE OVERALL CONDITION IS GOOD ON THE EXTERIOR. THERE ARE NO SIGNS OF DEFERRED MAINTENANCE OR EXTERNAL OBSOLESCENCE. THE LANDSCAPING IS TYPICAL FOR THE NEIGHBORHOOD. THE FOUNDATION IS A PIER FOUNDATION.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe.

# Exterior-Only Inspection Residential Appraisal Report

08-114
File # 08-114

There are 2 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,095,000 to $ 1,350,000
There are 8 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,125,000 to $ 1,400,000

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 486 ATLANTIC AVENUE WESTERLY, RI 02891 | 124 ATLANTIC AVENUE WESTERLY, RI 02891 | | 59 NUTMEG LANE CHARLESTOWN, RI 02813 | | 694 CHARLESTOWN BEACH CHARLESTOWN, RI 02813 | |
| Proximity to Subject | | 1.73 miles SW | | 8.3 miles NE | | 8.16 miles NE | |
| Sale Price | $ N/A | | $ 1,125,000 | | $ 1,150,000 | | $ 1,400, |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 744.05 sq.ft. | | $ 393.57 sq.ft. | | $ 994.32 sq.ft. | |
| Data Source(s) | | LAND EVIDENCE RECORDS | | LAND EVIDENCE RECORDS | | LAND EVIDENCE RECORDS | |
| Verification Source(s) | | TAX ASSESSOR RECORDS | | TAX ASSESSOR RECORDS | | TAX ASSESSORS RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustme |
| Sales or Financing Concessions | | NONE KNOWN | | NONE KNOWN | | NONE KNOWN | |
| Date of Sale/Time | | 6/29/2007 | | 5/3/2007 | | 9/28/2007 | |
| Location | RESORT | RESORT | | RESORT | | RESORT | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | .21 ACRES | .11 ACRES | | .37 ACRES | | .52 ACRES | |
| View | OCEAN/PND V | OCEAN VIEW | | OCEAN/PND V | | OCEAN FRONT | -200,0 |
| Design (Style) | CUSTOM | CUSTOM | | CUSTOM | | CONTEMP | |
| Quality of Construction | GOOD | GOOD | | GOOD | | AVERAGE+ | +70,0 |
| Actual Age | 3 YEARS | 9 YEARS | | 4 YEARS | | 20 YEARS | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 7 / 2 / 2 | 6 / 3 / 2 | -5,000 | 5 / 2 / 2.5 | -4,000 | 4 / 2 / 2 | |
| Gross Living Area | 1,832 sq.ft. | 1,512 sq.ft. | +8,000 | 2,922 sq.ft. | -27,300 | 1,408 sq.ft. | +10,60 |
| Basement & Finished Rooms Below Grade | 848 Sq.Ft. NONE | PIER FNDTN NONE | | NONE NONE | +5,000 | PIER FNDTN NONE | |
| Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| Heating/Cooling | FHA/CENTRAL | FHA/CENTRAL | | FHW/NONE | +5,000 | ELE/NONE | +5,00 |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | NONE | 1 CAR BI | -2,000 | 2 CAR BI | -5,000 | NONE | |
| Porch/Patio/Deck | 4 DKS/OP | 3 DKS/OP | +2,000 | 2 DKS, OP | +3,000 | DECK | +5,000 |
| FIREPLACE | 2 GAS FP | NONE | +6,000 | NONE | +6,000 | NONE | +5,000 |
| OTHER | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 9,000 | ☐ + ☒ - | $ -17,300 | ☐ + ☒ - | $ -104,400 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.8 % Gross Adj. 2.0 % | $ 1,134,000 | Net Adj. 1.5 % Gross Adj. 4.8 % | $ 1,132,700 | Net Adj. 7.5 % Gross Adj. 21.1 % | $ 1,295,600 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) WESTERLY LAND EVIDENCE RECORDS
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) WESTERLY LAND EVIDENCE RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 0 WITHIN 3 YEARS | 0 WITHIN 3 YEARS | 6/13/2005 | 0 WITHIN 3 YEARS |
| Price of Prior Sale/Transfer | N/A | N/A | $1,295,000 | N/A |
| Data Source(s) | ASSESSOR RECORDS | ASSESSOR RECORDS | ASSESSOR RECORDS | ASSESSOR RECORDS |
| Effective Date of Data Source(s) | 2/21/2008 | 2/21/2008 | 2/21/2008 | 2/21/2008 |

Analysis of prior sale or transfer history of the subject property and comparable sales THE APPRAISER HAS NOTED THE THREE YEAR SALES HISTORY OF THE SUBJECT AND THE COMPARABLE SALES. THIS IS BASED UPON READILY AVAILABLE INFORMATION FROM THE SUBJECT AND COMPARABLE'S FIELD CARDS. NO TITLE SEARCH WAS PERFORMED BY THE APPRAISER AS IT WAS NOT WITHIN THE SCOPE OF THE APPRAISAL. A THOROUGH TITLE SEARCH IS RECOMMENDED FOR A DEFINITIVE ANSWER ON THIS MATTER.

Summary of Sales Comparison Approach DUE TO THE VERY LIMITED NUMBER OF SALES OF WATERFRONT AND WATER VIEW PROPERTIES IN WESTERLY, THE APPRAISER SOUGHT COMPARABLE SALES BEYOND THE DESIRED 1 MILE RADIUS AND 6 MONTH TIME FRAME. IN MISQUAMICUT TRANSFERS OF OCEAN FRONT PROPERTIES ON ATLANTIC AVENUE WERE ELIMINATED AS FAR SUPERIOR TO POND FRONT SIDE OF ATLANTIC AVENUE. COMPARABLE #1 IS THE ONLY SALE AVAILABLE IN WESTERLY AND CONSIDERED EXCELLENT AS COMPARED TO THE SUBJECT. THE APPRAISER USED SALES FROM THE NEIGHBORING COMMUNITY OF CHARLESTOWN. ADDITIONAL COMPARABLES # 4 & # 5 WERE INCLUDED TO COMPENSATE FOR THE LACK OF SALES IN WESTERLY. TAKEN IN TOTAL THE LOW NET AND GROSS PERCENTAGE ADJUSTMENTS, INDICATE THE TRANFERS USED TO BE VERY CLOSELY COMPARABLE TO THE SUBJECT AND STRONGLY SUPPORT THE FINAL ESTIMATE OF MARKET VALUE. .

Indicated Value by Sales Comparison Approach $ 1,150,000

**Indicated Value by: Sales Comparison Approach $** 1,150,000 **Cost Approach (if developed) $** N/A **Income Approach (if developed) $** N/A

BASED ON THE SALES COMPARISON ANALYSIS THE CURRENT MARKET VALUE OF THE SUBJECT PROPERTY IS ESTIMATED TO BE $1,150,000.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 1,150,000 , as of FEBRUARY 21, 2008 , which is the date of inspection and the effective date of this appraisal.**

# Exterior-Only Inspection Residential Appraisal Report

08-114
File # 08-114

ADDITIONAL COMMENTS

DRIVE-BY DISCLAIMER:

THERE WAS NO INTERIOR INSPECTION FOR THIS ASSIGNMENT. THIS APPRAISAL IS BEING DEVELOPED USING AN EXTRAORDINAI ASSUMPTION. IF THE CONDITION OF THE INTERIOR OF THE SUBJECT IS NOT AS ASSUMED, THE APPRAISER'S VALUE OPINION COULD CHANGE.

FEMA FLOOD MAP:

A SECTION OF THE SUBJECT PROPERTY MAY BE LOCATED IN A ZONE V-13, A FLOOD HAZARD AREA, HOWEVER IT IS BEYOND THE SCOPE OF THE APPRAISER TO DETERMINE THE EXACT LOCATION OF THE SUBJECT PROPERTY ON THE FEMA FLOOD MAP. THE APPRAISER HAS PROVIDED A PHOTOCOPY OF A PORTION OF THE PERTINENT PANEL.

PRIVATE SEPTIC:

THE USE OF A PRIVATE SEPTIC SYSTEM IS TYPICAL OF THE AREA, AND WOULD NOT HAVE AN IMPACT ON MARKET VALUE OR MARKETABILITY.

COMMENTS ON ESTIMATED SITE VALUE:

THE ESTIMATED SITE VALUE IS BASED ON DIRECT COMPARISON WITH ARMS-LENGTH SALES OF VACANT BUILDING LOTS IN RESOR WESTERLY TOWNS OVER THE LAST TWO YEARS. THE VALUE EXCEEDS 30% OF THE TOTAL ESTIMATED VALUE DUE TO THE CURRENT MARKET DEMAND FOR RESIDENTIAL RESORT BUILDING LOTS. THIS VALUE IS TYPICAL TO THE AREA AND WOULD HAVE NO IMPACT ON MARKET VALUE OR MARKETABILITY.

BASED UPON SIMILAR VACANT LAND SALES IN THE IMMEDIATE OR COMPETING NEIGHBORHOODS, THE CURRENT ESTIMATED SITE VALUE IS $650,000.

SEE CONTINUED REMARKS FOLLOWING COMPARABLES 4 AND 5.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) THE ESTIMATED SITE VALUE IS BASED ON SALES OF VACANT BUILDING PARCELS LOCATED IN THE TOWN OF WESTERLY, RI. THE CURRENT MARKET VALUE IS ESTIMATED TO BE IN THE RANGE OF $650,000. THIS IS BASED UPON 3 VACANT LAND TRANSFERS AND A TEARDOWN FROM 9/2005 THROUGH 11/2007 RANGING FROM $600,000 TO $800,000.

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data

Quality rating from cost service  Effective date of cost data

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

THE APPRAISER CONSIDERED BUT DID NOT DEVELOP THE COST APPROACH TO MARKET VALUE BECAUSE THE SCOPE OF THE APPRAISAL DID NOT INCLUDE AN INTERIOR INSPECTION, BY WHICH THE APPRAISER WOULD BE ABLE TO DETERMINE A MORE ACCURATE ESTIMATE OF PHYSICAL DEPRECIATION AND POTENTIAL FUNCTIONAL INADEQUACIES.

Estimated Remaining Economic Life (HUD and VA only) 97 Years

| | | |
|---|---|---|
| OPINION OF SITE VALUE | =$ | 650,000 |
| DWELLING Sq.Ft. @ $ | =$ | |
| Sq.Ft. @ $ | =$ | |
| | =$ | |
| Garage/Carport Sq.Ft. @ $ | =$ | |
| Total Estimate of Cost-New | =$ | |
| Less Physical / Functional / External | =$ | |
| Depreciation | | |
| Depreciated Cost of Improvements | =$( | ) |
| "As-is" Value of Site Improvements | =$ | |
| | =$ | |
| INDICATED VALUE BY COST APPROACH | =$ | 650,000 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) NOT DEVELOPED BECAUSE THE MARKET DICTATES THAT THERE WAS NO RELATIONSHIP BETWEEN RENTAL CHARGES AND SELLING PRICES OF SINGLE FAMILY HOMES AS OF THE EFFECTIVE DATE.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases  Total number of units  Total number of units sold

Total number of units rented  Total number of units for sale  Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Exterior-Only Inspection Residential Appraisal Report



This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.



Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report



**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

# Exterior-Only Inspection Residential Appraisal Report



20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature]
Name RAYMOND R. LUEDER
Company Name LENIHAN APPRAISAL COMPANY
Company Address 53 HIGH STREET
WESTERLY, RI 02891
Telephone Number 401-596-4794
Email Address
Date of Signature and Report FEBRUARY 26, 2008
Effective Date of Appraisal FEBRUARY 21, 2008
State Certification #
or State License # A01258TL
or Other (describe) State #
State RI
Expiration Date of Certification or License 5/2/2008

ADDRESS OF PROPERTY APPRAISED
486 ATLANTIC AVENUE
WESTERLY, RI 02891

APPRAISED VALUE OF SUBJECT PROPERTY $ 1,150,000

LENDER/CLIENT
Name JOHN J. CLOHERTY III
Company Name PIERCE, DAVIS & PERRITANO, LLP
Company Address TEN WINTHROP SQUARE, BOSTON, MA 02110
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature [signature]
Name MICHAEL P. LENIHAN
Company Name LENIHAN APPRAISAL COMPANY
Company Address 53 HIGH STREET
WESTERLY, RI 02891
Telephone Number 401-596-4794
Email Address MPLENIHAN@LENIHAN.NECOXMAIL.COM
Date of Signature FEBRUARY 26, 2008
State Certification # A00375G
or State License #
State RI
Expiration Date of Certification or License 1/11/2009

SUBJECT PROPERTY

☐ Did not inspect subject property
☒ Did inspect exterior of subject property from street
Date of Inspection FEBRUARY 21, 2008

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☒ Did inspect exterior of comparable sales from street
Date of Inspection FEBRUARY 21,2008

# Exterior-Only Inspection Residential Appraisal Report



## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 486 ATLANTIC AVENUE WESTERLY, RI 02891 | 812 CHARLESTOWN BEACH R CHARLESTOWN, RI 02813 | | 70 SUNSET DRIVE CHARLESTOWN, RI 02813 | | | |
| Proximity to Subject | | 7.9 miles NE | | 3.64 miles NE | | | |
| Sale Price | $ N/A | | $ 1,375,000 | | $ 1,100,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 1338.85 sq.ft. | | $ 470.09 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | LAND EVIDENCE RECORDS | | LAND EVIDENCE RECORDS | | | |
| Verification Source(s) | | ASSESSORS RECORDS/FILES | | ASSESSORS RECORDS/FILES | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | NONE KNOWN | | NONE KNOWN | | | |
| Date of Sale/Time | | 5/10/2006 | | 9/7/2007 | | | |
| Location | RESORT | RESORT | | RESORT | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | .21 ACRES | .28 ACRES | | .29 ACRES | | | |
| View | OCEAN/PND V | OCEAN FRONT | -200,000 | POND VIEW | +50,000 | | |
| Design (Style) | CUSTOM | CONTEMP | | CONTEMP | | | |
| Quality of Construction | GOOD | AVERAGE+ | | GOOD | | | |
| Actual Age | 3 YEARS | 37 YEARS | | 29 YEARS | | | |
| Condition | GOOD | GOOD | | GOOD | | | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 7 / 2 / 2 | 4 / 3 / 1.5 | -1,000 | 6 / 3 / 2 | -5,000 | Total / Bdrms. / Baths | |
| Gross Living Area | 1,832 sq.ft. | 1,027 sq.ft. | +20,100 | 2,340 sq.ft. | -12,700 | sq.ft. | |
| Basement & Finished Rooms Below Grade | 848 Sq.Ft. NONE | PIER FNDTN NONE | | FULL/UNFIN NONE | +5,000 | | |
| Functional Utility | GOOD | GOOD | | GOOD | | | |
| Heating/Cooling | FHA/CENTRAL | ELE/CENTRAL | +10,000 | ELE/NONE | +10,000 | | |
| Energy Efficient Items | NONE | NONE | | NONE KNOWN | | | |
| Garage/Carport | NONE | NONE | | 1 CAR DET | -4,000 | | |
| Porch/Patio/Deck | 4 DKS/OP | DECK | +5,000 | DECK/EP | +3,000 | | |
| FIREPLACE | 2 GAS FP | NONE | +6,000 | NONE | +6,000 | | |
| OTHER | NONE | NONE | | NONE | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -159,900 | ☒ + ☐ - | $ 52,300 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 11.6 % Gross Adj. 17.6 % | $ 1,215,100 | Net Adj. 4.8 % Gross Adj. 8.7 % | $ 1,152,300 | Net Adj. % Gross Adj. % | $ |

## SALE HISTORY

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 0 WITHIN 3 YEARS | 0 WITHIN 3 YEARS | 0 WITHIN 3 YEARS | |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | |
| Data Source(s) | ASSESSOR RECORDS | ASSESSORS RECORDS | ASSESSORS RECORDS | |
| Effective Date of Data Source(s) | 2/21/2008 | 2/21/2008 | 2/21/2008 | |

Analysis of prior sale or transfer history of the subject property and comparable sales THE APPRAISER HAS NOTED THE THREE YEAR SALES HISTORY OF THE SUBJECT AND THE COMPARABLE SALES. THIS IS BASED UPON READILY AVAILABLE INFORMATION FROM THE SUBJECT AND COMPARABLE'S FIELD CARDS. NO TITLE SEARCH WAS PERFORMED BY THE APPRAISER AS IT WAS NOT WITHIN THE SCOPE OF THE APPRAISAL. A THOROUGH TITLE SEARCH IS RECOMMENDED FOR A DEFINITIVE ANSWER ON THIS MATTER.

Analysis/Comments COMMENTS ON SALES COMPARISON:

DUE TO THE LACK OF COMPARABLE TRANSFERS IN WESTERLY, COMPARABLE SALES IN NEIGHBORING CHARLESTOWN WERE RESEARCHED. FOR THIS REASON ALL COMPARABLES SOLD OVER THE DESIRED 1 MILE RADIUS AND COMPS #1, # 2, AND # 4 EXCEEDED THE DESIRED 6 MONTH TIME FRAME. HOWEVER, DESPITE THIS ALL TRANSFERS USED REFLECT VERY COMPARABLE PROPERTIES TO THE SUBJECT. ADJUSTMENTS WERE MADE FOR VIEW, CONDITION, ROOM COUNT, GROSS LIVING AREA, AND DISPARITIES IN AMENITIES. TOTAL ADJUSTMENTS ARE WELL BELOW THE 15% NET AND 25% GROSS GUIDELINES; THIS IS ONE INDICATION OF THEIR CLOSE COMPARABILITY TO THE SUBJECT.

CLIENT QUESTIONS (A THRU D):

DRAINAGE DITCH:

THERE IS A DRAINAGE DITCH ON THE SUBJECT PROPERTY. THE EXACT TIME OF THAT THE DRAINAGE DITCH EXISTED COULD NOT BE DETERMINED EXACTLY THROUGH OFFICIAL RECORDS, BUT THEY ARE TYPICAL FOR THIS AREA AND IT IS BELIEVED TO HAVE EXISTED PRIOR TO THE CONSTRUCTION OF THE CURRENT RESIDENCE. IT HAS NO IMPACT ON THE VALUE OF THE SUBJECT PROPERTY.

WETLANDS:

THE PRESENCE OF WETLANDS ON THE PROPERTY IS TYPICAL ON THE POND SIDE OF ATLANTIC AVENUE AND HAVE EXISTED NATURALLY FROM THE BEGINNING. THEY HAVE NO IMPACT ON THE CURRENT MARKET VALUE AS COMPARED TO OTHER PROPERTIES IN THE IMMEDIATE NEIGHBORHOOD.

2003 SITE VALUE:

THE ESTIMATED MARKET VALUE OF THE VACANT LOT AS OF 12/2003 IS APPROXIMATELY EQUAL TO THE SUBJECT PURCHASE PRICE. RESEARCH LOCATED 3 COMPARABLE SALES: 1. $100,000 SOLD 6/6/2003, .26 ACRES, 45 SECOND STREET, BUILDABLE; 2. $125,000 SOLD 10/202002, .69 ACRES, SHORELINE DRIVE, BUILDABLE; 3. $125,000 SOLD 12/4/2002, .26 ACRES, UZZI AVENUE, BUILDABLE. THE SUBJECT IS SUPERIOR IN LOCATION BEING CLOSER TO THE BEACH. HOWEVER THE MARKET VALUE WOULD HAVE BEEN LESS DU TO THE PRESENCE OF WETLANDS AND THE COST TO ACQUIRE APPROVALS TO DEVELOP. THEREFORE, THE MARKET VALUE AS OF 2/2003 IS REASONABLE IN THE RANGE OF $90,000 TO $100,000.

## Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | | |
| City | WESTERLY | County | WASHINGTON | State | RI | Zip Code 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | | |



**Subject Front**

486 ATLANTIC AVENUE

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,832 |
| Total Rooms | 7 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | RESORT |
| View | OCEAN/PND V |
| Site | .21 ACRES |
| Quality | GOOD |
| Age | 3 YEARS |



**Subject Front, 2nd View**



**Subject Street**

# Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | |
| City | WESTERLY | County | WASHINGTON | State RI | Zip Code 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | |



## Comparable 1

124 ATLANTIC AVENUE

| | |
|---|---|
| Prox. to Subject | 1.73 miles SW |
| Sale Price | 1,125,000 |
| Gross Living Area | 1,512 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | RESORT |
| View | OCEAN VIEW |
| Site | .11 ACRES |
| Quality | GOOD |
| Age | 9 YEARS |



## Comparable 2

59 NUTMEG LANE

| | |
|---|---|
| Prox. to Subject | 8.3 miles NE |
| Sale Price | 1,150,000 |
| Gross Living Area | 2,922 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.5 |
| Location | RESORT |
| View | OCEAN/PND V |
| Site | .37 ACRES |
| Quality | GOOD |
| Age | 4 YEARS |



## Comparable 3

694 CHARLESTOWN BEACH R

| | |
|---|---|
| Prox. to Subject | 8.16 miles NE |
| Sale Price | 1,400,000 |
| Gross Living Area | 1,408 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | RESORT |
| View | OCEAN FRONT |
| Site | .52 ACRES |
| Quality | AVERAGE+ |
| Age | 20 YEARS |

# Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | |
| City | WESTERLY | County | WASHINGTON | State RI | Zip Code 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | |



**Comparable 4**
812 CHARLESTOWN BEACH R

| | |
|---|---|
| Prox. to Subject | 7.9 miles NE |
| Sales Price | 1,375,000 |
| Gross Living Area | 1,027 |
| Total Rooms | 4 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.5 |
| Location | RESORT |
| View | OCEAN FRONT |
| Site | .28 ACRES |
| Quality | AVERAGE+ |
| Age | 37 YEARS |



**Comparable 5**
70 SUNSET DRIVE

| | |
|---|---|
| Prox. to Subject | 3.64 miles NE |
| Sales Price | 1,100,000 |
| Gross Living Area | 2,340 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | RESORT |
| View | POND VIEW |
| Site | .29 ACRES |
| Quality | GOOD |
| Age | 29 YEARS |

**Comparable 6**

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

# Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | | | |
| City | WESTERLY | County | WASHINGTON | State | RI | Zip Code | 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | | | |



**Plat Map**

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | | |
| City | WESTERLY | County | WASHINGTON | State | RI | Zip Code 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | | |



Assessors Card

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | |
| City | WESTERLY | County | WASHINGTON | State RI | Zip Code 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | |

*Property Location:* 486 ATLANTIC AVE
*Vision ID:* 11356
*Account* #03208954
*MAP ID:* 155/ 65/ / /
*Bldg #:* 1 of 1
*Bldg Name:*
*Sec #:* 1 *of* 1 *Card* 1 *of* 1
*State Use:* 1010
*Print Date:* 02/22/2008 08:31

**CONSTRUCTION DETAIL**

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Style | 60 | | Custom |
| Model | 01 | | Residential |
| Grade | 06 | | Good+ |
| Stories | 2 | | 2 Stories |
| Occupancy | 1 | | |
| Exterior Wall 1 | 14 | | Wood Shingle |
| Exterior Wall 2 | | | |
| Roof Structure | 07 | | Gambrel |
| Roof Cover | 03 | | Asph/F Gls/Cmp |
| Interior Wall 1 | 05 | | Drywall/Sheet |
| Interior Wall 2 | | | |
| Interior Flr 1 | 12 | | Hardwood |
| Interior Flr 2 | | | |
| Heat Fuel | 02 | | Oil |
| Heat Type | 04 | | Forced Air-Duc |
| AC Type | 03 | | Central |
| Total Bedrooms | 02 | | 2 Bedrooms |
| Total Bthrms | 2 | | |
| Total Half Baths | 0 | | |
| Total Xtra Fixtrs | | | |
| Total Rooms | 7 | | 7 Rooms |
| Bath Style | 02 | | Average |
| Kitchen Style | 02 | | Modern |

**CONSTRUCTION DETAIL (CONTINUED)**

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| | | | |

**MIXED USE**

| Code | Description | Percentage |
|---|---|---|
| 1010 | Single Fam MDL-01 | 100 |

**COST/MARKET VALUATION**

| | |
|---|---|
| Adj. Base Rate: | 169.27 |
| Section. RCN: | 314,502 |
| Net Other Adj: | 0.00 |
| Replace Cost | 314,502 |
| AYB | 2005 |
| EYB | 2005 |
| Dep Code | |
| Remodel Rating | |
| Year Remodeled | |
| Dep % | 1 |
| Functional Obslnc | 0 |
| External Obslnc | 0 |
| Cost Trend Factor | 1 |
| Status | |
| % Complete | |
| Overall % Cond | 99 |
| Apprais Val | 311,400 |
| Dep % Ovr | 0 |
| Dep Ovr Comment | |
| Misc Imp Ovr | 0 |
| Misc Imp Ovr Comment | |
| Cost to Cure Ovr | 0 |
| Cost to Cure Ovr Comment | |

**OB-OUTBUILDING & YARD ITEMS(L) / XF-BUILDING EXTRA FEATURES(B)**

| Code | Description | Sub | Sub Descript | L/B | Units | Unit Price | Yr | Gde | Dp Rt | Cnd | %Cnd | Apr Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLG1 | GAS FIREPLA | | | B | 2 | 1,500.00 | 2005 | | 1 | | 100 | 3,000 |

**BUILDING SUB-AREA SUMMARY SECTION**

| Code | Description | Living Area | Gross Area | Eff. Area | Unit Cost | Undeprec. Value |
|---|---|---|---|---|---|---|
| BAS | First Floor | 984 | 984 | | 169.27 | 166,561 |
| FOP | Porch, Open | 0 | 40 | | 33.85 | 1,354 |
| FUS | Upper Story, Finished | 678 | 848 | | 135.34 | 114,764 |
| PRS | Pier Fndtn | 0 | 848 | | 25.35 | 21,497 |
| WDK | Deck, Wood | 0 | 609 | | 16.95 | 10,325 |
| | Ttl. Gross Liv/Lease Area: | 1,662 | 3,329 | | | 314,502 |






# Assessors Card

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | | | |
| City | WESTERLY | County | WASHINGTON | State | RI | Zip Code | 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | | | |

*Property Location:* 486 ATLANTIC AVE
*Vision ID:* 11356
*Account #*03208954
*MAP ID:* 155/ 65/ 11
*Bldg #:* 1 of 1
*Bldg Name:*
*Sec #:* 1 of 1 Card 1 of 1
*State Use:* 1010
*Print Date:* 02/22/2008 08:31

### CONSTRUCTION DETAIL

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Style | 60 | | Custom |
| Model | 01 | | Residential |
| Grade | 06 | | Good+ |
| Stories | 2 | | 2 Stories |
| Occupancy | 1 | | |
| Exterior Wall 1 | 14 | | Wood Shingle |
| Exterior Wall 2 | | | |
| Roof Structure | 07 | | Gambrel |
| Roof Cover | 03 | | Asph/F Gls/Cmp |
| Interior Wall 1 | 05 | | Drywall/Sheet |
| Interior Wall 2 | | | |
| Interior Flr 1 | 12 | | Hardwood |
| Interior Flr 2 | | | |
| Heat Fuel | 02 | | Oil |
| Heat Type | 04 | | Forced Air-Duc |
| AC Type | 03 | | Central |
| Total Bedrooms | 02 | | 2 Bedrooms |
| Total Bthrms | 2 | | |
| Total Half Baths | 0 | | |
| Total Xtra Fixtrs | | | |
| Total Rooms | 7 | | 7 Rooms |
| Bath Style | 02 | | Average |
| Kitchen Style | 02 | | Modern |

### CONSTRUCTION DETAIL (CONTINUED)

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| | | | |

### MIXED USE

| Code | Description | Percentage |
|---|---|---|
| 1010 | Single Fam MDL-01 | 100 |

### COST/MARKET VALUATION

| | |
|---|---|
| Adj. Base Rate: | 169.27 |
| Section. RCN: | 314,502 |
| Net Other Adj: | 0.00 |
| Replace Cost | 314,502 |
| AYB | 2005 |
| EYB | 2005 |
| Dep.Code | |
| Remodel Rating | |
| Year Remodeled | |
| Dep % | |
| Functional Obslnc | 0 |
| External Obslnc | 0 |
| Cost Trend Factor | 0 |
| Status | 1 |
| % Complete | |
| Overall % Cond | 99 |
| Apprais Val | 311,400 |
| Dep % Ovr | 0 |
| Dep Ovr Comment | |
| Misc Imp Ovr | 0 |
| Misc Imp Ovr Comment | |
| Cost to Cure Ovr | 0 |
| Cost to Cure Ovr Comment | |

### OB-OUTBUILDING & YARD ITEMS(L) / XF-BUILDING EXTRA FEATURES(B)

| Code | Description | Sub | Sub Descript | L/B | Units | Unit Price | Yr | Gde | Dp Rt | Cnd | %Cnd | Apr Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLG1 | GAS FIREPLA | | | B | 2 | 1,500.00 | 2005 | | 1 | | 100 | 3,000 |

### BUILDING SUB-AREA SUMMARY SECTION

| Code | Description | Living Area | Gross Area | Eff. Area | Unit Cost | Undeprec. Value |
|---|---|---|---|---|---|---|
| BAS | First Floor | 984 | 984 | | 169.27 | 166,561 |
| FOP | Porch, Open | 0 | 40 | | 33.85 | 1,354 |
| FUS | Upper Story, Finished | 678 | 848 | | 135.34 | 114,764 |
| PRS | Pier Fndtn | 0 | 848 | | 25.35 | 21,497 |
| WDK | Deck, Wood | 0 | 609 | | 16.95 | 10,325 |
| Ttl. Gross Liv/Lease Area: | | 1,662 | 3,329 | | | 314,502 |






# Flood Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | DAVID M. CIAMPI | | | | | | |
| Property Address | 486 ATLANTIC AVENUE | | | | | | |
| City | WESTERLY | County | WASHINGTON | State | RI | Zip Code | 02891 |
| Lender | PIERCE, DAVIS & PERRITANO, LLP | | | | | | |



# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM FOR FEDERALLY RELATED TRANSACTIONS

Lenihan Appraisal Company (401)596-4794

| | | | |
|---|---|---|---|
| Borrower/Client DAVID M. CIAMPI | | | |
| Property Address 486 ATLANTIC AVENUE | | | |
| City WESTERLY | County WASHINGTON | State RI | Zip Code 02891 |
| Lender PIERCE, DAVIS & PERRITANO, LLP | | | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

**This Multi-Purpose Supplemental Addendum is for use with any appraisal. Only those statements which have been checked by the appraiser apply to the property being appraised.**

## ☒ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a federally related transaction.

## ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on NOT DEVELOPED. NO INTERIOR INSPECTION supplemented by the appraiser's knowledge of the local market.

☐ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

## ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to MLS the subject property:

☒ has not been offered for sale in the past: ☒ 30 days ☐ 1 year ☐ 3 years.
☐ is currently offered for sale for $
☐ was offered for sale within the past: ☐ 30 days ☐ 1 year ☐ 3 years for $
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

## ☒ SALES HISTORY OF SUBJECT PROPERTY

According to WESTERLY TAX ASSESSORS RECORDS the subject property:

☐ Has not transferred ☐ in the past twelve months. ☐ in the past thirty-six months. ☐ in the past 5 years.
☐ Has transferred ☐ in the past twelve months. ☐ in the past thirty-six months. ☒ in the past 5 years.
☒ All prior sales which have occurred in the past 5 years are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| 12/18/2003 | 90,000 | V 1238, P 346 | CAROLINE G TURCO FAMILY TRUST | DAVID M. CIAMPI |
| | | | | |
| | | | | |

## ☒ FEMA FLOOD HAZARD DATA

☐ Subject property is not located in a FEMA Special Flood Hazard Area.
☒ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| V13 | 445410 0020E | 5/17/1993 | WESTERLY, RI |

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

☒ **CURRENT SALES CONTRACT**

☒ The subject property is currently not under contract.
☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐ The contract indicated that personal property was not included in the sale.
☐ The contract indicated that personal property was included. It consisted of

Estimated contributory value is $

☐ Personal property was not included in the final value estimate.
☐ Personal property was included in the final value estimate.
☐ The contract indicated no financing concessions or other incentives.
☐ The contract indicated the following concessions or incentives:

☐ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

☒ **MARKET OVERVIEW** **Include an explanation of current market conditions and trends.**

3-6 months is considered a reasonable marketing period for the subject property based on COMPETING PROPERTY TRANSFERS WHEN REASONABLY PRICED.PAST MARKET SALES AND MLS STATISTICAL ANALYSIS

☒ **ADDITIONAL CERTIFICATION**

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

☒ **ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS**

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

☒ **ADDITIONAL COMMENTS**

EXPOSURE TIME: THE VALUE ESTIMATE IS PREMISED UPON A 3-6 MONTH EXPOSURE TIME PRIOR TO THE HYPOTHETICAL CONSUMMATION OF A SALE ON THE EFFECTIVE DATE OF THE APPRAISAL. IF PROPERLY PRICED AND MARKETED, THE PROPERTY WOULD BE EXPECTED TO SELL WITHIN A 6 MONTH MARKETING PERIOD.

☒ **APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Appraiser's Signature [signature] Effective Date FEBRUARY 21, 2008 Date Prepared FEBRUARY 26, 2008
Appraiser's Name (print) RAYMOND R. LUEDER
State RI ☒ License ☐ Certification # A01258TL Phone # 401-596-4794
Tax ID #

☒ **CO-SIGNING APPRAISER'S CERTIFICATION**

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser.
☒ The co-signing appraiser has not personally inspected the interior of the subject property and:
☐ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☒ has inspected the exterior of the subject property and all comparable sales listed in the report.
☒ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.
☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

☒ **CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Co-Signing Appraiser's Signature [signature] Effective Date FEBRUARY 21, 2008 Date Prepared N/A
Co-Signing Appraiser's Name (print) MICHAEL P. LENIHAN
State RI ☐ License ☒ Certification # A00375G Phone # 401-596-4794
Tax ID #