UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. CIAMPI | |
| v. | C.A. No. 07-256-S |
| ETSUKO MOTOKI ZUCZEK, in her capacity as Finance Director of the Town of Westerly; PAUL CORINA, in his capacity as Superintendent of Water of the Town of Westerly, and PETER CHIARADIO, in his capacity as Superintendent of Public Works of the Town of Westerly | |

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff David M. Ciampi respectfully moves for an 8-day enlargement of time, through September 19, 2008, to file its response in opposition to Defendants' motion for summary judgment. As grounds for this motion Plaintiff represents that Plaintiff's counsel was ill and unable to work from September 2, 2008 through September 7, 2008. Defendants have assented to this motion.

Respectfully submitted,
PLAINTIFF, DAVID M. CIAMPI
By his Attorney,

/s/ Elizabeth McDonough Noonan
Elizabeth McDonough Noonan, #4226
enoonan@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200 (phone)
(401) 351-4607 (fax)
Dated: September 8, 2008

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2008, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| John J. Cloherty III, Esq.<br>Pierce, Davis & Perritano, LLP<br>90 Canal Street<br>Boston, MA 02114-2018 | |

/s/Elizabeth McDonough Noonan

*467150_1.doc*